UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 JAN 27 A 11: 26

| | | |
|---|---|---|
| DIAGNOSTIC RESOURCE GROUP, LLC | * | U.S. District Court Civ. No. L-02-3020 |
| Plaintiff | | Removed from Baltimore County Circuit Court Case No.: 03-C-02-006016 |
| v. | * | _____DEPUTY |
| TOSHIBA AMERICA MEDICAL SYSTEMS, INC. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \*

**STIPULATION AND ORDER ENLARGING February 24, 2003
DISCOVERY DEADLINE BY 30 DAYS to March 26, 2003**

Plaintiff Diagnostic Resource Group, LLC ("DRG"), and Defendant Toshiba America Medical Systems, Inc. ("Toshiba"), in order to accommodate Plaintiff's counsel's previously set trial schedule, stipulate and agree that the Discovery deadline of February 24, 2003 in the Scheduling Order of October 15, 2003 should be enlarged and modified by 30 days to March 26, 2003 without prejudice to any pending motions or arguments.

SO ORDERED:

_____ Benson Legg 1/24/03
U.S. DISTRICT JUDGE

AGREED:

_____
Brooke Schumm III, Esquire
Fed. Bar No.05001
Daneker, McIntire, Schumm, Prince,
 Goldstein, Manning & Widmann, P.C.
One North Charles Street, Suite 2450
Baltimore, MD 21201
(410) 649-4761
Attorney for Defendant Toshiba-America Medical Systems, Inc.

_____
Samuel Sperling, Esq.
Law Office of Leonard J. Sperling
1777 Reisterstown Road
Commercentre West, Suite 212
Baltimore, MD 21208
(410) 653-0141
Attorney for Plaintiff Diagnostic Resource Group, LLC
(Stipulation and order 1.24.03)

cc:


Brooke Schumm III, Esquire
Fed. Bar No.05001
Daneker, McIntire, Schumm, Prince,
  Goldstein, Manning & Widmann, P.C.
One North Charles Street, Suite 2450
Baltimore, MD 21201

Samuel Sperling, Esq.
Law Office of Leonard J. Sperling
1777 Reisterstown Road
Commercentre West, Suite 212
Baltimore, MD 21208