## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**DIAGNOSTIC RESOURCE GROUP, L.L.C.**

    **Plaintiff**


**vs.**


**TOSHIBA AMERICA**               **Case No.:L-02-CV-3020**
**MEDICAL SYSTEMS, INC.**
    **Defendant**

## REQUEST FOR PRODUCTION OF DOCUMENTS INCORPORATING
## DEFINITIONS ETC. OF PRIOR REQUESTS


Plaintiff requests copies of all manuals or operating policies of the department of Defendant dealing with renewals or sales of service plans, initial service plans, and extended service plans, and with regard to methods and policies for provision of services under such policies in effect in 1996 through 2001.


                        Respectfully Submitted,


                        _____

                        Samuel Sperling
                        024135
                        1777 Reisterstown Road
                        Suite 212 West
                        Baltimore, Maryland   21208
                        410-653-0141

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**DIAGNOSTIC RESOURCE GROUP, L.L.C.**

     **Plaintiff**


    **vs.**


**TOSHIBA AMERICA**            **Case No.:L-02-CV-3020**
**MEDICAL SYSTEMS, INC.**
     **Defendant**

## CERTIFICATION OF SERVICE

      **This is to certify that on this March 17, 2003, a copy of this REQUEST FOR PRODUCTION OF DOCUMENTS INCORPORATING DEFINITIONS ETC. OF PRIOR REQUESTS** was hand delivered to counsel for Defendant Brooke Schumm, III, Esquire upon his appearance at the office of counsel for Plaintiff to take a deposition in the above case.


                                     _____

                                     Samuel Sperling
                                     SS24135
                                     1777 Reisterstown Road
                                     Suite 212 West
                                     Baltimore, Maryland   21208
                                     410-653-0141