**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| DIAGNOSTIC RESOURCE GROUP, L.L.C. | * | |
| PLAINTIFF | * | Case No.: L-02-CV-3020 |
| VS. | * | (removed from Baltimore County |
| TOSHIBA AMERICA MEDICAL SYSTEMS, INC. | * | Circuit Court- Case #03-C-02-006016) |
| | * | Case Now Assigned to Judge Richard D Bennett |
| DEFENDANT | * | |

**REPORT/REQUEST FOR EXTENSION**
**OF DISCOVERY FOR LIMITED PURPOSE**

Now comes Plaintiff, Diagnostic Resource Group, LLC, by its counsel, Samuel Sperling and the Law Office of Leonard J. Sperling, and requests that the Court grant a 20 day extension of the discovery period and all subsequent deadlines and for reasons in support thereof states:

1. That at the close of the initial discovery period on March 26, 2003, (as adjusted by Court order on request of the parties) there had been three discovery matters outstanding, namely a second set of interrogatories and document requests filed by the Plaintiff as to which Defendant agreed to respond (and which in fact were returnable on March 26, 2003), as well as one additional document request for a specific document of the Defendant, namely manuals or policies relating to selling extended service plans to which Defendant had also agreed to respond;

2. The Defendant agreed to provide these items;

3. The Court further extended discovery to allow the taking of the deposition of Dr. Philip Templeton, which has been accomplished;

4. Counsel for Defendant has further orally stated that he would supply responses to these outstanding discovery matters, but has been unable to do as of yet;

5. Therefore, Counsel for Plaintiff requests as follows:

   A. That the discovery period be extended for a period of twenty (20) days to allow Defendant to comply with these discovery requests;

   B. That all other deadlines be extended by a similar period;

Respectfully Submitted;

_____
Samuel Sperling
Law Office of Leonard J. Sperling
1777 Reisterstown Road
Commercentre West
Suite 212
Baltimore, Maryland   21208
410-653-0141
Counsel for Plaintiff
Federal Bar Number 024135

## **PRAYER FOR HEARING**

Plaintiff respectfully prays that this matter be set in for a hearing before this Honorable Court.

_____
Samuel Sperling

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| DIAGNOSTIC RESOURCE GROUP, L.L.C. | * | |
| PLAINTIFF | * | Case No.: L-02-CV-3020 |
| VS. | * | (Removed from Baltimore County |
| TOSHIBA AMERICA MEDICAL SYSTEMS, INC. | * | Circuit Court- Case #03-C-02-006016) |
| | * | Case Now assigned to Judge Richard D Bennett |
| DEFENDANT | * | |

**CERTIFICATION OF SERVICE**

This is to certify that on this May 26, 2003, a copy of this Report/ Request for Extension of Discovery for Limited Purpose was sent by e-mail to Brooke Schumm, III, Esquire, counsel for Defendant by e-mail at bschumm@danmclaw.com.

_____
Samuel Sperling
Law Office of Leonard J. Sperling
1777 Reisterstown Road
Commercentre West
Suite 212
Baltimore, Maryland 21208
410-653-0141
Counsel for Plaintiff
Bar Number 024135

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| DIAGNOSTIC RESOURCE GROUP, L.L.C. | * | |
| PLAINTIFF | * | Case No.: L-02-CV-3020 |
| VS. | * | (Removed from Baltimore County |
| TOSHIBA AMERICA MEDICAL SYSTEMS, INC. | * | Circuit Court- Case #03-C-02-006016) |
| | * | Case Now assigned to Judge Richard D Bennett |
| DEFENDANT | * | |

**ORDER**

_____ Upon consideration of the Report/ Request for Extension of Discovery for Limited Purpose and any Response thereto:

IT IS HEREBY ORDERED, this _____, 2003, by the United States District Court for the District of Maryland that the Motion shall be and is hereby GRANTED.

_____
Judge