UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DIAGNOSTIC RESOURCE GROUP, LLC * | | U.S. District Court Civ. No. L-02-3020 |
| Plaintiff | | Removed from Baltimore County Circuit Court Case No.: 03-C-02-006016 |
| v. * | | |
| TOSHIBA AMERICA MEDICAL * | | |
| SYSTEMS, INC. | | |
| Defendant * | | |

\* \* \* \* \* \* \* \* \*

**STIPULATION AND ORDER ENLARGING TIME
TO FILE SUPPLEMENT AND RESPONSES TO SUMMARY JUDGMENT MOTION**

Plaintiff Diagnostic Resource Group, LLC ("DRG"), and Defendant Toshiba America Medical Systems, Inc. ("Toshiba") stipulate and agree that the deadline of June 20, 2003 for filing Defendant's Supplement March 26, 2003 should be enlarged by approximately 6 days to June 26, 2003, and Plaintiff's Response time and Defendant's Reply time enlarged to July 25, 2003 and August 18, 2003 respectively.

SO ORDERED:

_____
U.S. DISTRICT JUDGE

AGREED:

*Brooke Schumm III* (signature)
Brooke Schumm III, Esquire
Fed. Bar No.05001
Daneker, McIntire, Schumm, Prince,
  Goldstein, Manning & Widmann, P.C.
One North Charles Street, Suite 2450
Baltimore, MD 21201
(410) 649-4761

Attorney for Defendant Toshiba-America Medical Systems, Inc.

*[signature: Samuel Sperling]*

Samuel Sperling, Esq.
Law Office of Leonard J. Sperling
1777 Reisterstown Road
Commercentre West, Suite 212
Baltimore, MD 21208
(410) 653-0141
Attorney for Plaintiff Diagnostic Resource Group, LLC
(Stipulation and order 1.24.03)

cc:


Brooke Schumm III, Esquire
Fed. Bar No.05001
Daneker, McIntire, Schumm, Prince,
  Goldstein, Manning & Widmann, P.C.
One North Charles Street, Suite 2450
Baltimore, MD 21201

Samuel Sperling, Esq.
Law Office of Leonard J. Sperling
1777 Reisterstown Road
Commercentre West, Suite 212
Baltimore, MD 21208