**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
RICHARD D. BENNETT
UNITED STATES DISTRICT JUDGE

| Northern Division | Southern Division |
|---|---|
| 320 U.S. Courthouse | 200 U.S. Courthouse |
| 101 W. Lombard Street | 6500 Cherrywood Lane |
| Baltimore, MD  21201 | Greenbelt, MD  20770 |
| Tel 410-962-3190 | Tel 301-344-0052 |
| Fax 410-962-3177 | Fax 410-344-3888 |

June 18, 2003

TO COUNSEL OF RECORD

Re: Diagnostic Resource Group v.
Toshiba America Medical Systems
Civil No. RDB 02-3020

Dear Counsel:

I have signed the proposed Stipulation and Order modifying the previous schedule entered in this case. However, I shall caution that, absent extraordinary circumstances, no further modification will be granted and I will expect counsel to abide by this revised schedule, as I do not intend to reschedule the hearing on motions set for September 5, 2003.

Sincerely,

*Richard D. Bennett*

Richard D. Bennett
United States District Judge

RDB/skp

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DIAGNOSTIC RESOURCE GROUP, LLC | * | U.S. District Court Civ. No. L-02-3020 |
| Plaintiff | | Removed from Baltimore County Circuit Court Case No.: 03-C-02-006016 |
| v. | * | |
| TOSHIBA AMERICA MEDICAL SYSTEMS, INC. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \*

### STIPULATION AND ORDER ENLARGING TIME
### TO FILE SUPPLEMENT AND RESPONSES TO SUMMARY JUDGMENT MOTION

Plaintiff Diagnostic Resource Group, LLC ("DRG"), and Defendant Toshiba America Medical Systems, Inc. ("Toshiba") stipulate and agree that the deadline of June 20, 2003 for filing Defendant's Supplement March 26, 2003 should be enlarged by approximately 6 days to June 26, 2003, and Plaintiff's Response time and Defendant's Reply time enlarged to July 25, 2003 and August 18, 2003 respectively.

SO ORDERED:

_____
U.S. DISTRICT JUDGE

AGREED:

_____
Brooke Schumm III, Esquire
Fed. Bar No.05001
Daneker, McIntire, Schumm, Prince,
 Goldstein, Manning & Widmann, P.C.
One North Charles Street, Suite 2450
Baltimore, MD 21201
(410) 649-4761

Attorney for Defendant Toshiba-America Medical Systems, Inc.

*Samuel Sperling*

Samuel Sperling, Esq.
Law Office of Leonard J. Sperling
1777 Reisterstown Road
Commercentre West, Suite 212
Baltimore, MD 21208
(410) 653-0141
Attorney for Plaintiff Diagnostic Resource Group, LLC
(Stipulation and order 1.24.03)

cc:


Brooke Schumm III, Esquire
Fed. Bar No.05001
Daneker, McIntire, Schumm, Prince,
 Goldstein, Manning & Widmann, P.C.
One North Charles Street, Suite 2450
Baltimore, MD 21201

Samuel Sperling, Esq.
Law Office of Leonard J. Sperling
1777 Reisterstown Road
Commercentre West, Suite 212
Baltimore, MD 21208