## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

DIAGNOSTIC RESOURCE GROUP, L.L.C.    *

      PLAINTIFF    *    Case No.: 02-CV-3020-RDB

VS.    *    (removed from Baltimore County
                                           Circuit Court

TOSHIBA AMERICA MEDICAL    *    Case #03-C-02-006016)
SYSTEMS, INC.
                                         *

      DEFENDANT    *

---

## MEMORANDUM TABLE OF CONTENTS

Introduction    1

Special Note    2

Response to Certain Ancillary Points Raised
in Defendants' Motion    4

TIME PERIOD OF THE PROMISE TO REPAIR    5

THE DOCUMENTS EXECUTED IN THE
COURSE OF THE TRANSACTION SHOW
THAT DEFENDANT IS LIABLE    5

Documents Executed Between the Parties with
Regard to the Transaction and Installation    5

Documents Executed Between the Parties
Relating to the Lease of the Equipment    7

Documents Relating to the Status of
the Lease Agreement    9

THE TESTIMONY ADDUCED SHOWS
THAT DEFENDANT IS LIABLE    11

Testimony by Kimberly Stehman,
Dr. Philip Templeton and Jeffrey Low
Relating to the Status of the Equipment and
Representations as to the Time the
Promise to Fix Would Terminate                          11

Course of Dealing                                       16

TAMS's Own Documentation and Testimony
of TAMS' Representatives                                18

LEGAL ANALYSIS                                          22

The One Year Service Plan Was Still in
Force on July 5, 1999                                   22

The Applicable Limitations Period
Allows this Case To Be Brought                          26

Intentional Interference Claim                          31

CONCLUSION                                              32