## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DIAGNOSTIC RESOURCE GROUP, L.L.C. | * | |
| PLAINTIFF | * | Case No.: 02-CV-3020-RDB |
| VS. | * | (removed from Baltimore County Circuit Court |
| TOSHIBA AMERICA MEDICAL SYSTEMS, INC. | * | Case #03-C-02-006016) |
| | * | |
| DEFENDANT | * | |

## EXHIBIT LIST

1. Contract (Filed in Paper Only)

2. Installation Progress Form

3. First Affidavit of Jeffrey Low

4. Second Affidavit of Jeffrey Low

5. First Affidavit of Kim Stehman

6. Second Affidavit of Kim Stehman

7. Plaintiff's Expert Designation

8. Acceptance Signed by Philip Templeton with List of Issues

9. Acceptance signed by Jeffrey Low

10. Deposition Excerpts of Kimberly Stehman (Filed in Paper Only)

11. Deposition Excerpts of Dr. Philip Templeton (Filed in Paper Only)

12. Lease signed by Toshiba America Medical Systems, Inc.

12A. Excerpts from website of Toshiba America Medical Systems

13. Schedule 1 Signed by Tokai Financial Services, Inc.

14. Master Contract Program Financing Agreement (Filed in Paper Only)

15. Internal E-Mails from Tokai (Received from De Lage Landen)

16. Credit Decision Papers

17. Payment Documents From Vendors

18. Jeffrey Low Deposition (Filed in Paper Only)

19. Hutton Deposition (Filed in Paper Only)

20. Computerized Service Record

21. Handwritten Service Record (Filed in Paper Only)

22. Stansbury Deposition

23. July 7, 1999 Letter of Mr. Low

24. Affidavit of Jeffrey Low

25. Spreadsheet of Expected Volume