# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DIAGNOSTIC RESOURCE GROUP, L.L.C. | * | |
| PLAINTIFF | * | Case No.: 02-CV-3020-RDB |
| VS. | * | (removed from Baltimore County Circuit Court |
| TOSHIBA AMERICA MEDICAL SYSTEMS, INC. | * | Case #03-C-02-006016) |
| | * | |
| DEFENDANT | | |
| | * | |

## NOTICE OF FILING OF LENGTHY EXHIBIT

Exhibits 10, 11, 14, 18, 19, 21, which are attachments to Plaintiff's Memorandum in Support of Answer and Opposition to Defendant Toshiba's Motion for Summary Judgment and Cross Motion for Summary Judgment exist only in paper format and are each 15 pages or longer.   Exhibit 1 is over 8 Megabytes in size and is thus also submitted in paper format only.   They will be filed with the Clerk's Office in paper format.   I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the documents identified above.

Date:   July 24, 2003                                                                Signed,

Signature by Bar Number
Samuel Sperling
Bar Number SS24135
Law Office of Leonard J. Sperling
1777 Reisterstown Road
Commercentre West Suite 212
Baltimore, Maryland 21208
410-653-0141
Counsel for Plaintiff
Fax #: 410-653-7170
samsperling@comcast.net