# EXHIBIT 2

Exhibit A

# TOSHIBA AMERICA MEDICAL SYSTEMS, INC.

## INSTALLATION PROGRESS FORM

**CUSTOMER NAME:** DRG IMAGING     **DISTRICT OA#:** 125581

**SITE ADDRESS:** 8817 Belair Rd     **PRODUCT:** OPART
Suite 104-106 Perry Hall MD 27237
21128

The system associated with the above noted order has been delivered, mechanically installed, and power to the system has been turned on. Final calibration, applications training (if necessary) and acceptance will follow.

_JB Hutton_  3-31-98      _Kim Stehman_  3-31-98
Service Engineer    Date    Customer Representative    Date


DEFENDANT'S EXHIBIT B