# EXHIBIT 4

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**DIAGNOSTIC RESOURCE GROUP, L.L.C.**

    Plaintiff

vs.

**TOSHIBA AMERICA**                     Case No.: L-02-CV-3020
**MEDICAL SYSTEMS, INC.**
    Defendant

---

### AFFIDAVIT OF JEFFREY LOW

    I am Jeffrey Low, a principal of the Plaintiff in this action, and a competent adult and if called to testify I would state from my personal knowledge as follows:

1. As I stated in my earlier Affidavit, it took a period of months for the equipment delivered by Toshiba to be calibrated and ready for patient care in that the equipment could not be made to provide proper scans and work reliably without continually breaking down;

2. The equipment delivered by Toshiba was not ready for patient care at the time of delivery as it would continually break down when scans were done, and the equipment could not work reliably;

3. The equipment was ready for patient care at the time that I signed the acceptance of the equipment

I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND ACCURATE BASED UPON MY PERSONAL KNOWLEDGE.

_____
JEFFREY LOW, AFFIANT