# EXHIBIT 6

<u>IN THE UNITED STATES DISTRICT COURT</u>
<u>FOR THE DISTRICT OF MARYLAND</u>

DIAGNOSTIC RESOURCE GROUP, L.L.C.

    Plaintiff

vs.

TOSHIBA AMERICA                       Case No.:L- 02-CV-3020
MEDICAL SYSTEMS, INC.
    Defendant

<u>AFFIDAVIT OF KIMBERLY STEHMAN</u>

I am Kimberly Stehman, a competent adult and if called to testify I would state from my personal knowledge as follows:

1. As I stated in my earlier Affidavit, it can often take a considerable period of time before MRI equipment such as that delivered by Toshiba, is calibrated and ready for patient care in that the equipment is ready to provide proper scans and work reliably without continually breaking down;

2. The equipment delivered by Toshiba was not ready for patient care at the time of delivery as it would continually break down when scans were done, and the equipment could not work reliably;

3. The equipment was ready for patient care at or around the time that Jeffrey Low signed the acceptance of the equipment;

I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND ACCURATE BASED UPON MY PERSONAL KNOWLEDGE.

_____
KIMBERLY STEHMAN, AFFIANT