# EXHIBIT 7

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**DIAGNOSTIC RESOURCE GROUP, L.L.C.**

      **Plaintiff**

**vs.**

**TOSHIBA AMERICA**  **Case No.:02-CV-3020**
**MEDICAL SYSTEMS, INC.**

      **Defendant**

### CERTIFICATION OF MAILING

This is to certify that on this December 5, 2002, a copy of this Plaintiff's Expert Designation Statement was sent by first class mail, postage pre-paid to Brooke Schumm, III, Esquire Daneker, McIntire, Schumm, Prince, Goldstein, Manning & Widmann, P.C., One North Charles Street, Suite 2450, Baltimore, Maryland, 21201.

Signed,

Samuel Sperling, Bar #024135
Law Office of Leonard J. Sperling
1777 Reisterstown Road
Commercentre West Suite 212
Baltimore, Maryland
21208
410-653-0141
Counsel for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**DIAGNOSTIC RESOURCE GROUP, L.L.C.**

    **Plaintiff**

vs.

**TOSHIBA AMERICA   Case No.:L-02-CV-3020**
**MEDICAL SYSTEMS, INC.**

    **Defendant**

### PLAINTIFF'S EXPERT DESIGNATION STATEMENT

Now comes the Plaintiff, by its counsel, Samuel Sperling and the Law Office of Leonard J. Sperling and provides its designation of experts to be called pursuant to Federal Rule of Civil Procedure 26:

1.    Vincent Batyr, Batyr & Co., 27 North Broadway, Tarrytown, New York, 10591.  Mr. Batyr will be rendering opinions with regard to the financial aspects of the Plaintiff, including anticipated profits, reasonableness of that expectation of profits, the amount of profits, and the loss.  He may be asked to render opinions as well with regard to all other financial and business aspects of the practice including but not limited to sale value of the practice.  Mr. Batyr is a mixed fact/opinion expert as per the meaning of Local Rule 104.10 as he was the accountant for the Plaintiff business;

2.    Kim Stehman, R.T.R. (Can be contacted through counsel for Plaintiff).  Ms. Stehman will render opinions regarding the workability of the equipment delivered by Defendant to Plaintiff at various times relating to this case.  Ms. Stehman is a mixed fact/opinion expert

as per the meaning of Local Rule 104.10 as she worked for the Plaintiff business;.;

3.    Debbie Rittmiller.    She is expected to render opinions as to the business prospects of the Plaintiff business and sources of diagnostic imaging business available to the Plaintiff.  She is a mixed fact/opinion expert as per the meaning of Local Rule 104.10 as she worked in marketing for the Plaintiff business;

4.    Jeffrey Low is expected to offer opinions relating to the financial and business prospects of the Plaintiff business as well as with regard to the sources of referrals and business available to the Plaintiff business.  He is a mixed fact/opinion expert as per the meaning of Local Rule 104.10 as he was the proprietor for the Plaintiff business;

5.    Larry Epstein, MS, CPA, CVA, Hertzbach and Company, 10 Music Fair Road, Owings Mills, Maryland, 21117.   He is expected to offer opinions with regard to the financial aspects of the Plaintiff, including anticipated profits, reasonableness of that expectation of profits, the amount of profits, and the loss.  He may be asked to render opinions as well with regard to all other financial and business aspects of the practice including but not limited to sale value of the practice.   He is not a mixed fact/opinion witness.   A motion for an extension of the time to file the required report has been filed as well.

Signed,

Samuel Sperling, Federal Bar #024135
Law Office of Leonard J. Sperling
1777 Reisterstown Road
Commercentre West Suite 212
Baltimore, Maryland
21208
410-653-0141
Counsel for Plaintiff