# EXHIBIT 12A

Case 1:02-cv-03020-RDB   Document 45-14   Filed 07/25/2003   Page 1 of 4

USA   ▶ Toshiba America   ▶ Toshi

# TOSHIBA Medical Systems

Select a product   ▶ Contact Us

- Cardiology
- Radiology
- Service & Support
- About Us
- Careers
- News & Events
- Image Finder

Live to Scan



**TOSHIBA**
Innovation by Design

▶ **Cardiology**
Focused product offerings for cardiovascular exploration. Click Here.

▶ **Radiolo**
Comprehe product li diagnostic excellence Here.

▶ **What's New**



**Top US Hospit choose Aquili**
Aquilion demon unmatched ima and diagnostic at first three US installations. Cli



**Learn about t CT,** and earn C through Diagno Imaging Magazi *Sponsored by a educational gra Toshiba Americ Systems.* Click



**DynaDirect Fl Detector**
The industry's dynamic, direct FPD provides hi resolution. Click



**Live to Scan C**
Enter our conte "Live to Scan" l jacket like the featured in our advertising. Cli

Search:   Search   Terms & Conditions   Privacy Policy   ©Toshiba 2003

**Home** | Cardiology | Radiology | Service & Support | About Us | Careers | News & Events | Contact Us

USA    Toshiba America    Toshi

# TOSHIBA Medical Systems

Home > About Us    Select a product    ▶ Contact Us

- Cardiology
- Radiology
- Service & Support
- About Us
  - Executive Bios
  - Toshiba America Medical Credit
  - Toshiba America Foundation
  - Exploravision
- Careers
- News & Events

About



## About Us

At Toshiba America Medical Systems (TAMS) we have adopted a philosophy that hinges on empowering our customers. Our Yes, You Can approach means, for example, that a single piece of Toshiba equipment can be used across departments and for multiple applications. And it means imaging solutions that help enhance both patient and financial outcomes through features that make imaging faster, safer and less invasive.

Through a full line of medical imaging systems, encompassing traditional X-ray, Vascular X-ray, MRI, CT, Nuclear Medicine and Ultrasound, Toshiba has become one of the world's largest manufacturers of medical imaging systems.

Beyond our high-performance imaging systems, our technological gene pool includes semiconductors, robotics, LCDs and, candidly, just about every other high-tech, breakthrough technology. And all those little bits and bytes in our laptops, DVD systems and computers wind up under the hood of our medical imaging systems.

Our medical imaging systems work the way you want them to work. Easy. Fast. Guaranteed uptime. They're designed to fit small rooms and big bodies. And when you partner with Toshiba, you get everything you need with one integrated company, including flexible, high-tech service and support and the complete financial resources of Toshiba America Medical Credit (TAMC).

Toshiba America MRI, Inc. (TAMI) is a subsidiary of TAMS, responsible for the R&D, engineering, and manufacturing of Toshiba MRI systems, including VISART, FLEXART, OPART, and EXCELART.

Can your stretch your imaging dollar, while improving patient and economic outcomes?...Yes, you can.

Thanks for stopping by. If you want to know more, we'd really like to hear from you. Call us toll-free at 1-800-421-1968, or drop us an E-mail.

[ back to top ]

**Search:**            Search            Terms & Conditions     Privacy Policy     ©Toshiba 2003

| _____ | _____ | _____ | About Us | _____ | _____ | _____ |
Us