# EXHIBIT 15

Whitaker, Laurel

**From:** Drobniak, Vincent
**Sent:** Tuesday, January 26, 1999 2:59 PM
**To:** Whitaker, Laurel
**Subject:** RE: RE: Diagnostic Resource Group, LLC (DRG)

I spoke with MaryAnn today regarding this AAF. Kevin & TAMS president have NOT signed off yet. They will inform us as to when it is signed. It doesn't seem to be a rush for them since they have already been paid.

> -----Original Message-----
> **From:** Whitaker, Laurel
> **Sent:** Tuesday, January 26, 1999 2:34 PM
> **To:** Drobniak, Vincent
> **Subject:** RE: RE: Diagnostic Resource Group, LLC (DRG)
>
> Vince, do you have an update on this deal? It seems as though we are waiting for some sort of sign off from TAMS.
>
> Thanks
>
> > -----Original Message-----
> > **From:** McGowan, David
> > **Sent:** Tuesday, January 26, 1999 2:19 PM
> > **To:** Whitaker, Laurel
> > **Cc:** Shoemaker, Thomas; Drobniak, Vincent
> > **Subject:** RE: RE: Diagnostic Resource Group, LLC (DRG)
> >
> > Laurel: Please check with Vince regarding this document.
> >
> > > -----Original Message-----
> > > **From:** Whitaker, Laurel
> > > **Sent:** Tuesday, January 26, 1999 12:25 PM
> > > **To:** McGowan, David
> > > **Cc:** Shoemaker, Thomas; Sparta, Lisa
> > > **Subject:** RE: Diagnostic Resource Group, LLC (DRG)
> > >
> > > In the latest e-mail we rec'd regarding the possible January bookings, there is a deal (DRG-Diagnostic Resource Group, LLC). It states that this deal has been funded but we are waiting for a document from Toshiba in order to book this deal. What document is this and who is trying to obtain it? This is the first time either Amin or myself has heard of this document.
> > >
> > > Please advise
> > >
> > > Thank you

1

D 30129

Whitaker, Laurel

| | |
|---|---|
| From: | Drobniak, Vincent |
| Sent: | Tuesday, January 26, 1999 4:21 PM |
| To: | McGowan, David; Whitaker, Laurel |
| Cc: | Shoemaker, Thomas |
| Subject: | RE: RE: Diagnostic Resource Group, LLC (DRG) |

We spoke to Kevin about this at the last Wednesday meeting. He still had issues. I believe Tom & he were having as conversation after that. MaryAnn said today that she believes it is still an issue & he has not yet signed off.

-----Original Message-----
| | |
|---|---|
| From: | McGowan, David |
| Sent: | Tuesday, January 26, 1999 3:14 PM |
| To: | Whitaker, Laurel |
| Cc: | Shoemaker, Thomas; Drobniak, Vincent |
| Subject: | RE: RE: Diagnostic Resource Group, LLC (DRG) |

Vince: This money was paid in Sept. We need to either book this deal or get paid off soon. Has Tom or Chris Adams heard from Toshiba?

-----Original Message-----
| | |
|---|---|
| From: | Whitaker, Laurel |
| Sent: | Tuesday, January 26, 1999 3:11 PM |
| To: | McGowan, David |
| Cc: | Shoemaker, Thomas |
| Subject: | FW: RE: Diagnostic Resource Group, LLC (DRG) |

Please see below

-----Original Message-----
| | |
|---|---|
| From: | Drobniak, Vincent |
| Sent: | Tuesday, January 26, 1999 2:59 PM |
| To: | Whitaker, Laurel |
| Subject: | RE: RE: Diagnostic Resource Group, LLC (DRG) |

I spoke with MaryAnn today regarding this AAF. Kevin & TAMS president have NOT signed off yet. They will inform us as to when it is signed. It doesn't seem to be a rush for them since they have already been paid.

-----Original Message-----
| | |
|---|---|
| From: | Whitaker, Laurel |
| Sent: | Tuesday, January 26, 1999 2:34 PM |
| To: | Drobniak, Vincent |
| Subject: | RE: RE: Diagnostic Resource Group, LLC (DRG) |

Vince, do you have an update on this deal? It seems as though we are waiting for some sort of sign off from TAMS.

Thanks

-----Original Message-----
| | |
|---|---|
| From: | McGowan, David |
| Sent: | Tuesday, January 26, 1999 2:19 PM |
| To: | Whitaker, Laurel |
| Cc: | Shoemaker, Thomas; Drobniak, Vincent |
| Subject: | RE: RE: Diagnostic Resource Group, LLC (DRG) |

Laurel: Please check with Vince regarding this document.

-----Original Message-----
| | |
|---|---|
| From: | Whitaker, Laurel |
| Sent: | Tuesday, January 26, 1999 12:25 PM |
| To: | McGowan, David |
| Cc: | Shoemaker, Thomas; Sparta, Lisa |
| Subject: | RE: Diagnostic Resource Group, LLC (DRG) |

In the latest e-mail we rec'd regarding the possible January bookings, there is a deal (DRG-

Diagnostic Resource Group, LLC). It states that this deal has been funded but we are waiting for a document from Toshiba in order to book this deal. What document is this and who is trying to obtain it? This is the first time either Amin or myself has heard of this document.

Please advise

Thank you

2

D 30131