# EXHIBIT 17

# PROJECT APPLICATION AND PROJECT CERTIFICATE FOR PAYMENT

Page 1 of 3

| TO (Owner): | PROJECT: | |
|---|---|---|
| Toshiba America Medical Credit | 8817 Bel Air Road | |
| c/o Diagnostic Resource Group, LLC | TCM #501 | |
| 1777 Reisterstown Road | | |
| Pikesville, Maryland 21208 | | Application Number: #501-1 |
| Attention: Mr. Jeffrey Low | CONSTRUCTION MANAGER: TCM, INC. | Period From: 12/01/97 |
| | | Period To:   01/28/98 |

## PROJECT APPLICATION FOR PAYMENT

Application is made for Payment, as shown below, in connection with the Project.
The present status of the account for all Contractors for this Project is as follows:

| | | |
|---|---|---|
| TOTAL CONTRACT SUMS (Item A Totals) | | $195,635 |
| Total Net Changes (Item B Totals) | | (498) |
| TOTAL CONTRACT SUM TO DATE (Item C Totals) | | $195,137 |
| TOTAL COMPLETED & STORED (Item F Totals) | | 82,812 |
| RETAINAGE (Item H Totals) | | 5,735 |
| LESS PREVIOUS PAYMENTS (Item I Totals) | | 700 |
| CURRENT PAYMENT DUE (Item J Totals) | | $72,900 |

TOTAL OF AMOUNTS CERTIFIED
(Attach explanation if amount certified differs from the amount applied for.)

The undersigned Construction Manager certifies that to the best of the Construction Manager's knowledge, information and belief Work covered by this Project Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractors for Work for which previous Project Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONSTRUCTION MANAGER: Total Construction Management, Inc.

By: [signature]    Date: 1/28/98

State of:                    County of:
Subscribed and sworn to before me this       day of         , 19
Notary Public:
My Commission expires:

## ARCHITECT'S PROJECT CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the above Application, the Architect certifies to the Owner that Work has progressed as indicated; that to the best of the Architect's knowledge, information and belief the quality of the Work is in accordance with the Contract Documents; and that the Contractors are entitled to payments of the Amounts Certified.

ARCHITECT:

By:                                             Date:
This Certificate is not negotiable.  The AMOUNTS CERTIFIED are payable only to the Contractors named in PROJECT APPLICATION SUMMARY attached.  Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or the Contractor under this Contract.

PROJECT APPLICATION SUMMARY

Page 2 of 3

Application Number: #501-1
Application Date: 01/28/98
Period From: 12/01/97
Period To: 01/28/98

In tabulations below, amounts are stated to the nearest dollar.

| PCSR Item # Contractor's Name Portion Of Work | #1 ARKAR CONCRETE | #2 SELECT GENERAL | #3 YORKSHIRE FINISHED FLOORING | #4 CALVERT MECHANICAL/ PLUMBING | #5 BIRCKHEAD ELECTRICAL | #6 LINDGREN SHIELDING | TOTALS THIS PAGE |
|---|---|---|---|---|---|---|---|
| A. Original Contract Sum | 11,200 | 38,490 | 4,847 | 25,275 | 29,975 | 60,000 | 169,787 |
| B. Net Change Orders | 0 | 1,383 | 0 | 0 | 0 | 0 | 1,383 |
| C. Contract Sum To Date | 11,200 | 39,873 | 4,847 | 25,275 | 29,975 | 60,000 | 171,170 |
| D. Work In Place To Date | 10,000 | 29,693 | 0 | 13,766 | 13,503 | 0 | 66,962 |
| E. Stored Materials | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| F. Total Completed To Date | 10,000 | 29,693 | 0 | 13,766 | 13,503 | 0 | 66,962 |
| G. Retainage Percentage | 0% | 0% | 0% | 0% | 0% | 0% | |
| H. Retainage Amount | 0 | 3,008 | 0 | 1,377 | 1,350 | 0 | 5,735 |
| I. Previous Payments | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| J. Current Payment Due | 10,000 | 26,685 | 0 | 12,389 | 12,153 | 0 | 61,227 |
| K. Balance To Finish (Including Retainage) | 1,200 | 13,188 | 4,847 | 12,886 | 17,822 | 60,000 | 109,943 |
| L. Percent Complete | 89.29% | 74.47% | 0.00% | 54.46% | 45.05% | 0.00% | |

D 30097

PROJECT APPLICATION SUMMARY

Page 3 of 3

In tabulations below, amounts are stated to the nearest dollar.

Application Number: #501-1
Application Date: 01/28/98
Period From: 12/01/97
Period To: 01/28/98

| PCSR Item # Contractor's Name Portion Of Work | #7 CHAMBERS PROFESSIONAL FEES | #8 TCM INC. CONST MGMT | #9 SPARE | #10 SPARE | #11 CHAMBERS General Conditions | TOTALS THIS PAGE | TOTAL ALL PAGES |
|---|---|---|---|---|---|---|---|
| A. Original Contract Sum | 12,400 | 1,421 | 0 | 0 | 12,027 | 25,848 | 195,635 |
| B. Net Change Orders | (1,881) | 0 | 0 | 0 | 0 | (1,881) | (498) |
| C. Contract Sum To Date | 10,519 | 1,421 | 0 | 0 | 12,027 | 23,967 | 195,137 |
| D. Work In Place To Date | 10,519 | 700 | 0 | 0 | 4,631 | 15,850 | 82,812 |
| E. Stored Materials | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| F. Total Completed To Date | 10,519 | 700 | 0 | 0 | 4,631 | 15,850 | 82,812 |
| G. Retainage Percentage | 0% | 0% | 0% | 0% | 0% | | |
| H. Retainage Amount | 0 | 0 | 0 | 0 | 0 | 0 | 5,735 |
| I. Previous Payments | 0 | 700 | 0 | 0 | 0 | 700 | 700 |
| J. Current Payment Due | 10,519 | 0 | 0 | 0 | 1,154 | 11,673 | 72,900 |
| K. Balance To Finish (Including Retainage) | 0 | 721 | 0 | 0 | 7,396 | 8,117 | 118,060 |
| L. Percent Complete | 100.00% | 49.26% | 0.00% | 0.00% | 38.51% | 66.13% | 42.44% |

D 30098

D 30230

**CALVERT PLUMBING
HEATING * AIR CONDITIONING**
5806 York Road
BALTIMORE, MD 21212

(410) 323-5400

21449

DATE: March 25, 1998
CUSTOMER ORDER NO.
SALESPERSON
VIA: work through 3/27/98

TO: Total Construction Management
6030 Daybreak Circle, #A-150, #224
Clarksville MD 21025

TERMS: Net due upon receipt; 2% interest charged every 30 days on balance past due; 24% annual interest rate.

| QUANTITY | DESCRIPTION |
|---|---|
|  | RE: Diagnostic Resource Group |
|  | Requisition for Payment #3 |
|  |  |
|  | To furnish material and perform work per |
|  | attached Requisition for Payment #3. |

AMOUNT DUE THIS BILLING

TODAY'S DATE 5/1/98
AMOUNT
VENDOR CODE CG314
CHECK AMOUNT $6884.00
APPD
$883.14
FUNDING CODE FX
CHECKS
LESSEE Diag. Res Group
LEASE# 3046138
$5,498.00
6884

Thank You!

ORIGINAL

# APPLICATION AND CERTIFICATE FOR PAYMENT
*AIA DOCUMENT G702* (Instructions on reverse side)

PAGE ONE OF 2 PAGES

**TO (OWNER):**
Diagnostic Resource Group
1777 Reisterstown Road
Pikesville, MD 21208

**FROM (CONTRACTOR):**
Calvert Plumbing & Heating Co. Inc.
5806 York Road, Baltimore MD 21212

**CONTRACT FOR:**

**PROJECT:**
Diagnostic Resource Group
Perry Hall MRI

**VIA (ARCHITECT):**

**APPLICATION NO:** 3
**PERIOD TO:** 3/27/98
**ARCHITECT'S PROJECT NO:**
**CONTRACT DATE:**

Distribution to:
☐ OWNER
☐ ARCHITECT
☐ CONTRACTOR

Application is made for Payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM .................................................. $ 25,275.00
2. Net change by Change Orders .......................................... $
3. CONTRACT SUM TO DATE (Line 1 ± 2) ................................... $ 25,275.00
4. TOTAL COMPLETED & STORED TO DATE ................................ $ 25,275.00
   (Column G on G703)
5. RETAINAGE:
   a. ___0___ % of Completed Work     $ 0.00
      (Column D + E on G703)
   b. _____ % of Stored Material      $
      (Column F on G703)
   Total Retainage (Line 5a + 5b or
   Total in Column 1 of G703) .............................................. $ 0.00
6. TOTAL EARNED LESS RETAINAGE ........................................ $ 25,275.00
   (Line 4 less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR
   PAYMENT (Line 6 from prior Certificate) ............................. $ 18,391.50
8. CURRENT PAYMENT DUE ................................................... $ 6,883.50
9. BALANCE TO FINISH, PLUS RETAINAGE ................................ $ 0.00
   (Line 3 less Line 6)

State of: Maryland   County of: Baltimore
Subscribed and sworn to before me this 25th day of Mar., 1998
Notary Public: Rita Yori
RITA YORI
NOTARY PUBLIC STATE OF MARYLAND
My Commission expires: My Commission Expires July 17, 2000

## CONTRACTOR'S APPLICATION FOR PAYMENT

**CHANGE ORDER SUMMARY**

| | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Change Orders approved in previous months by Owner TOTAL | | |
| Approved this Month | | |
| Number | Date Approved | |
| | | |
| TOTALS | | |
| Net change by Change Orders | | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: CALVERT PLUMBING & HEATING CO. INC.
By: [signature]   Date: 3/25/98

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the above application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED .................................................. $
(Attach explanation if amount certified differs from the amount applied for.)
ARCHITECT:
By:   Date:
This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA DOCUMENT G702 • APPLICATION AND CERTIFICATE FOR PAYMENT • MAY 1983 EDITION • AIA® • © 1983
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C. 20006

G702-1983

41

D 30231

PERRY HALL MRI-Diagnostic Resource Group

# CONTINUATION SHEET

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT, containing Contractor's signed Certification is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

AIA DOCUMENT G703   (Instructions on reverse side)   PAGE 2 OF 2 PAGES

APPLICATION NUMBER: 3
APPLICATION DATE: 3/25/98
PERIOD TO: 3/27/98
ARCHITECT'S PROJECT NO:

| A | B | C | D | E | F | G | % | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED FROM PREVIOUS APPLICATION (D+E) | WORK COMPLETED THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | (G÷C) | BALANCE TO FINISH (C−G) | RETAINAGE |
| | Demo | 640 | 640 | | | 640 | 100 | | |
| | Water Pipe | 650 | 650 | | | 650 | 100 | | |
| | Gas | 850 | | 850 | | 850 | 100 | | |
| | Heating/Cooling Pipe | 3,765 | 2,259 | 1,506 | | 3,765 | 100 | | |
| | Trim (Plumbing) | 650 | 488 | 162 | | 650 | 100 | | |
| | Equipment | 9,830 | 9,830 | | | 9,830 | 100 | | |
| | Refrigeration Pipe | 1,680 | 1,680 | | | 1,680 | 100 | | |
| | Rough-in | 950 | 950 | | | 950 | 100 | | |
| | Trim (HVAC) | 3,280 | 3,280 | | | 3,280 | 100 | | |
| | Start-up | 2,120 | | 2,120 | | 2,120 | 100 | | |
| | Balance | 860 | | 860 | | 860 | 100 | | |
| | Total | 25,275 | 19,777 | 5,498 | | 25,275 | 100 | | 0.00 |

AIA DOCUMENT G703 • APPLICATION AND CERTIFICATE FOR PAYMENT • MAY 1983 EDITION • AIA® • © 1983

# GM TOTAL CONSTRUCTION MANAGEMENT, INC.

**Richard P. Gamble**
PRESIDENT

19 March 1998
Invoice #501-3

Toshiba America Medical Credit
c/o Diagnostic Resource Group, LLC
1777 Reisterstown Road
Pikesville, Maryland 21208

| COMPANY# | APPROVAL | TODAY'S DATE |
|---|---|---|
| 11 | [signature] | 4-1-98 |
| CHECK# | CHECK AMOUNT | VENDOR CODE |
| | 11,181-00 | CU317 |
| LESSEE | | APP# |
| Diagnostic Resource | | 883-171 |
| LEASE# | | FUNDING CODE |
| JY245138 | | FX |

## INVOICE

PROJECT:
Diagnostic Resource Group
8817 Belair Road
Toshiba PO #882-171-D

CURRENT PAYMENT DUE:

| | |
|---|---|
| Project Management | $ 11,000 |
| Reimbursable expenses (see attached) | $    181 |
| Total due 25 March 98 | $ 11,181 |

[signature]

Richard Gamble
President

6030 DAYBREAK CIRCLE SUITE A-150/224
CLARKSVILLE, MARYLAND 21029

(301) 854-1328 Office
(301) 854-1338 Fax

D 30235

```
DATE: 01/23/98              BIRCKHEAD ELECTRIC, INC. CG315           PAGE:   1
TIME: 17:06                                                          JM
                      APPLICATION AND CERTIFICATE FOR PAYMENT

TO (Owner): Diagnostic Resource Group, Inc   PROJECT: DRG/PERRY HALL MRI    APPLICATION NO:  01
            1777 Reisterstown Rd                      DIAGNOSTIC RESOURCE GROUP
                                                      8817 BELAIR RD STE 104   PERIOD FROM :
            Pikesville, MD  21208                     PERRY HALL MD
                                                      21228                              TO : 01/31/98

CUSTOMER NO: 000502
JOB NUMBER : 098005                                                         ARCHITECT'S
                                                                            PROJECT NUMBER:

ATTENTION :  RICHARD GAMBLE              CONTRACT FOR:
                                                                            CONTRACT DATE : 01/02/98
```

| ITEM NO. | DESCRIPTION | SCHEDULED VALUE | PREVIOUS APPLICATNS | COMPLETED THIS APPL. | STORED MATERIALS | COMPLETED TO DATE | PERCENT COMPL. | BALANCE TO FINISH | RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| 0001 | DEMO/PERM | 1,070 | 0 | 963 | 0 | 963 | 90.00 | 107 | 96 |
| 0002 | BRANCH CONDUIT | 3,575 | 0 | 1,788 | 0 | 1,788 | 50.01 | 1,787 | 179 |
| 0003 | FEEDER CONDUIT | 3,635 | 0 | 1,818 | 0 | 1,818 | 50.01 | 1,817 | 182 |
| 0004 | BOXES/RINGS | 720 | 0 | 540 | 0 | 540 | 75.00 | 180 | 54 |
| 0005 | BRANCH WIRE | 3,160 | 0 | 790 | 0 | 790 | 25.00 | 2,370 | 79 |
| 0006 | FEEDER WIRE | 4,700 | 0 | 1,880 | 0 | 1,880 | 40.00 | 2,820 | 188 |
| 0007 | DEVICES/PLATES | 1,070 | 0 | 0 | 0 | 0 | .00 | 1,070 | 0 |
| 0008 | GEAR/FILTERS | 4,550 | 0 | 3,413 | 0 | 3,413 | 75.01 | 1,137 | 341 |
| 0009 | GENERATOR | 360 | 0 | 0 | 0 | 0 | .00 | 360 | 0 |
| 0010 | LIGHTS | 3,375 | 0 | 338 | 0 | 338 | 10.01 | 3,037 | 34 |
| 0011 | TROUGH | 2,630 | 0 | 1,973 | 0 | 1,973 | 75.02 | 657 | 197 |
| 0012 | FIRE ALARM | 1,130 | 0 | 0 | 0 | 0 | .00 | 1,130 | 0 |
|  |  | 29,975 | 0 | 13,503 | 0 | 13,503 | 45.05 | 16,472 | 1,350 |

```
                                         ORIGINAL CONTRACT SUM              29,975.00
                                         NET CHANGE BY CHANGE ORDERS              .00
                                                                         -------------
CONTRACTOR: BIRCKHEAD ELECTRIC, INC.      CONTRACT SUM TO DATE               29,975.00
            2408 CROFTON BLVD
            CROFTON MD  21114-1302        TOTAL COMPLETED & STORED TO DATE   13,503.00
                                          RETAINAGE                           1,350.00
                                                                         -------------
BY:  /s/ Steven M. Birckhead              TOTAL EARNED LESS RETAINAGE        12,153.00
     STEVEN M. BIRCKHEAD                  LESS PREVIOUS CERTIFICATES FOR PAYMENT    .00
                                                                         -------------
                                          CURRENT PAYMENT DUE                12,153.00

*** END OF REPORT ***
```

| COMPANY# | APPROVAL | TODAY'S DATE |
|---|---|---|
| 11 |  | 2/26/98 |

| CHECK# | CHECK AMOUNT | VENDOR CODE |
|---|---|---|
|  | $12,153.00 | CG315 |

| LESSEE | | APP# |
|---|---|---|
| Diagnostic Resource | | 883-171 |

| LEASE# | | FUNDING CODE |
|---|---|---|
| 24245138 | | FX |

R.B. 1/28

D 30233