# EXHIBIT 20

```
WOR715        8/28/02         Toshiba America Medical Systems, Inc.                    Page   1
DJONES       13:17:00                Historical Activity Report

Rollup Cost Center...: 4132    SERVICES CHESAPEAKE AREA
Effective Date Range.: 1/01/98  To Date....: 8/28/02
Cost or List Price...: L
Work Order Number....:
SEG Number...........: 134080
SMGID/Type...........:
Customer.............:
Site.................:
Modality.............:
Engineer.............:
Work Order Status....:
Work Order Category..:
Print Notes..........: Y
Report Option........: D Detail Report
```

Handwritten annotations: "DRG", "4-10-98"

EXHIBIT 4 Hutton

EXHIBIT Stehman Exh1

010095

```
WOR715                8/28/02                    Toshiba America Medical Systems, Inc.                                     Page
DJONES                13:17:00                         Historical Activity Report                                             2

Rollup Cost Center...: 4132
Level Cost Center....: 4132
Area Cost Center.....: 4132

Site Name                    PBOM Number        SEG #      Room Number    Work Order    Cat   Work Order Status
DIAGNOSTIC RESOURCE GROUP    #OPART             134080     R-00077        325900        G     95 HISTORY NOT POSTED
Problem Description...: SYSTEM IS NOTING AN ERROR "CAN'T CREATE SIMEM SEMAPHORE -NO SPACE
                        LEFT ON DEVICE" (PW)         *** SEE NOTES ***
Date       Emp #   Engineer Name                         Hours
12/21/98   3930    LEHMAN, MICKEY                          .00

Work Order Notes
ENGINEER SAID PHONE FIX (EM)
-----------------------------------------------------------------------------------------------------------------------
DIAGNOSTIC RESOURCE GROUP   #OPART              134080   R-00077          327678        G     90 HISTORY POSTED
Problem Description...: MEMORY ERROR ON SM COMPUTER. (MD)

Date       Emp #   Engineer Name                         Hours
1/04/99    85802   STANSBURY, KENT                        2.00
Labor     Part Out                                                    Part In
Hours    Model Number     Serial Number         Qty      Model Number      Serial Number          Qty
 2.00
1/05/99    85802   STANSBURY, KENT                        2.00
Labor     Part Out                                                    Part In
Hours    Model Number     Serial Number         Qty      Model Number      Serial Number          Qty
 2.00    078-100017-00                            1       078-100017-00                             1

                Parts Bill  +  Labor Bill  =  Total Bill      Parts List   +   Labor List   +   Travel List   =   Total List
                                                               3,900.00         1,640.00           110.00          5,650.00

Work Order Notes
1-4..KENT..ORDERED NEW SIMM MEMORY FOR SM
COMPUTOR. <DB>
1-5..KENT..INSTALLED NEW MEMORY MODULES AND
PERFORMED TEST SCANS. <DB>
-----------------------------------------------------------------------------------------------------------------------
DIAGNOSTIC RESOURCE GROUP   #OPART              134080   R-00077          330240        G     90 HISTORY POSTED
Problem Description...: PARTS ONLY <DB>

Date       Emp #   Engineer Name                         Hours
1/15/99    85802   STANSBURY, KENT                        .00
Labor     Part Out                                                    Part In
Hours    Model Number     Serial Number         Qty      Model Number       Serial Number         Qty
  .00    115-50518200-01                          1       115-50518200-01                           1
  .00    YZ23404-01                               4       YZ23404-01                                4
  .00    022-119328-00                            2       022-119328-00                             2
  .00    090-100123-00                            1       090-100123-00                             1
```

0AP 000

```
WOR715         8/28/02                    Toshiba America Medical Systems, Inc.                                        Page    3
DJONES        13:17:00                         Historical Activity Report

Rollup Cost Center...: 4132
Levell Cost Center...: 4132
Area Cost Center.....: 4132

        Parts Bill   +   Labor Bill   =   Total Bill       Parts List   +   Labor List   +   Travel List   =   Total List
                                                              348.56                                110.00           458.56

Work Order Notes
1-15..KENT..PARTS ONLY <DB>
------------------------------------------------------------------------------------------------------------------------------------
Site Name                       PBOM Number               SEG #      Room Number      Work Order    Work Order Cat   Work Order Status
DIAGNOSTIC RESOURCE GROUP       #OPART                   134080      R-00077             330439         G             95  HISTORY NOT POSTED
Problem Description...: ADDITIONAL SITE BACK UP REQUESTED BY CUSTOMER FOR NEW MEMORIZE
                        PROTOCOLS. (MD)
Date    Emp # Engineer Name                              Hours
1/15/99 85802 STANSBURY, KENT                             .00

Work Order Notes
PER KENT CANCEL DUPL. (MD)
------------------------------------------------------------------------------------------------------------------------------------
DIAGNOSTIC RESOURCE GROUP       #OPART                   134080  R-00077                336175         G             90  HISTORY POSTED
Problem Description...: UNABLE TO MOUNT MOD CARTRIDGE (MP)
Date    Emp # Engineer Name                              Hours
2/22/99 85802 STANSBURY, KENT                             4.00
Labor Part Out          Model Number     Serial Number          Qty      Part In  Model Number    Serial Number      Qty
Hours
 4.00
2/23/99 85802 STANSBURY, KENT                             2.00
Labor Part Out          Model Number     Serial Number          Qty      Part In  Model Number    Serial Number      Qty
Hours
 2.00           078-501039-01                                    1                078-501039-01                       1
 2.00                                                                             088-799032-00                       1

        Parts Bill   +   Labor Bill   =   Total Bill       Parts List   +   Labor List   +   Travel List   =   Total List
                                                            8,668.93          2,460.00              110.00        11,238.93

Work Order Notes
2-22 NEW DRIVE DOA. UNABLE TO INSERT MOD INTO DRIV
E. DOA (1) PART# 078-501039-01.
2-23 INSTALLED AND TESTED NEW MOD, DRIVE IS WORKIN
G OK. (MP)
------------------------------------------------------------------------------------------------------------------------------------
DIAGNOSTIC RESOURCE GROUP       #OPART                   134080  R-00077                341425         G             90  HISTORY POSTED
Problem Description...: MOD DRIVE WILL NOT ACCEPT CARTRIDGE (TG)
```

040097

```
WOR715           8/28/02                    Toshiba America Medical Systems, Inc.                                    Page   4
DJONES          13:17:00                          Historical Activity Report

Rollup Cost Center...: 4132
Level Cost Center....: 4132
Area Cost Center.....: 4132
Date     Emp #  Engineer Name                Hours
3/17/99  85802  STANSBURY, KENT               2.00
Labor    Part Out                    Part In
Hours    Model Number  Serial Number  Model Number   Serial Number          Qty
2.00     078-501039-01                078-501039-01                          1

         Parts Bill  +  Labor Bill  =  Total Bill         Parts List  +  Labor List  +  Travel List  =  Total List
                                                           8,012.58        820.00         110.00        8,942.58

Work Order Notes
3/17 KENT SAID: INSTALLED AND TESTED NEW MODE DRIV
E. (EM)
------------------------------------------------------------------------------------------------------------------
Site Name                            PBOH Number   #OPART      SEG #    Room Number   Work Order    Cat   Work Order Status
DIAGNOSTIC RESOURCE GROUP                                      134080   R-00077       346670        G     95 HISTORY NOT POSTED
Problem Description...: SYSTEM WILL NOT BOOT MEMORY PARITY ERROR (JS)

Date     Emp #  Engineer Name                Hours
4/12/99  85802  STANSBURY, KENT                .00

Work Order Notes
CANCEL PER KENT (TG)
------------------------------------------------------------------------------------------------------------------
DIAGNOSTIC RESOURCE GROUP  #OPART                              134080   R-00077       349626        F     90 HISTORY POSTED
Problem Description...: Allows interface thru filter panel so magnet temps can re-checked
                        and can communicate with TCM.
Date     Emp #  Engineer Name                Hours
5/04/99  85802  STANSBURY, KENT               4.00
Labor    Part Out                    Part In
Hours    Model Number  Serial Number  Model Number   Serial Number          Qty
4.00                                 FMI-RR027-01    T39975                  1

         Parts Bill  +  Labor Bill  =  Total Bill         Parts List  +  Labor List  +  Travel List  =  Total List
                                                                          1,640.00         110.00        1,750.00

Work Order Notes
KENT 5/4: INSTALLED FMI RR2701
(JS)5/7/99
------------------------------------------------------------------------------------------------------------------
DIAGNOSTIC RESOURCE GROUP  #OPART                              134080   R-00077       352874        P     90 HISTORY POSTED
Problem Description...: SCHEDULED PM./MB
```

```
WOR715           8/28/02                Toshiba America Medical Systems, Inc.                          Page    5
DJONES          13:17:00                       Historical Activity Report

Rollup Cost Center...: 4132
Level1 Cost Center...: 4132
Area  Cost Center...: 4132
Date      Emp #  Engineer Name                  Hours
4/22/99   85802  STANSBURY, KENT                 5.00
Labor Part Out                      Part In
Hours   Model Number  Serial Number   Qty   Model Number   Serial Number   Qty
 5.00

         Parts Bill   +   Labor Bill   =   Total Bill        Parts List   +   Labor List   +   Travel List   =   Total List
                                                                              2,050.00          110.00             2,160.00

Work Order Notes
4/22 KENT - PERFORMED PM AND QA OF SYSTEM.(JAS)(FX
)
-----------------------------------------------------------------------------------------------------------------------------
Site Name                          PBOM Number                                                       Work Order  Cat   Work Order Status
DIAGNOSTIC RESOURCE GROUP  #OPART   134080  R-00077      SEG #    Room Number                          356953     G    95 HISTORY NOT POSTED
Problem Description...: V2.5 SOFTWARE RELEASE

Date      Emp #  Engineer Name                  Hours
6/03/99   85802  STANSBURY, KENT                  .00
Labor Part Out                      Part In
Hours   Model Number  Serial Number   Qty   Model Number   Serial Number   Qty
  .00

Work Order Notes
11/26/99 PHONE FIX NO TIME(EM)
-----------------------------------------------------------------------------------------------------------------------------
DIAGNOSTIC RESOURCE GROUP  #OPART   134080  R-00077                                                    359798     G    90 HISTORY POSTED
Problem Description...: MOD DRIVE NOT WORKING./MB

Date      Emp #  Engineer Name                  Hours
6/17/99   85802  STANSBURY, KENT                  .50
Labor Part Out                      Part In
Hours   Model Number  Serial Number   Qty   Model Number   Serial Number   Qty
  .50                                          078-501039-01                   1

         Parts Bill   +   Labor Bill   =   Total Bill        Parts List   +   Labor List   +   Travel List   =   Total List
                                                             8,012.58         205.00             110.00            8,327.58

Work Order Notes
5/17/99 KENT: NEW MOD DRIVE WAS DOA RETURNED MOD T
O TUSTIN HQ. /MB
-----------------------------------------------------------------------------------------------------------------------------
DIAGNOSTIC RESOURCE GROUP  #OPART   134080  R-00077                                                    362753     G    90 HISTORY POSTED
Problem Description...: TEMPERATURE ALARM. TEMPERATURE IS AT 82 DEGREES
                       /AR
```

0099

```
WOR715                          Toshiba America Medical Systems, Inc.                          Page   6
DJONES    8/28/02                        Historical Activity Report
          13:17:00

Rollup Cost Center...: 4132
Level1 Cost Center...: 4132
Area Cost Center.....: 4132
Date      Emp #   Engineer Name                                      Hours
7/05/99   85802   STANSBURY, KENT                                     3.00
Labor    Part Out                                Part In
Hours    Model Number      Serial Number         Model Number        Serial Number      Qty
3.00


         Parts Bill    +    Labor Bill    =    Total Bill
         Parts List    +    Labor List    +    Travel List    =    Total List
                                    2,460.00            110.00              2,570.00


Site Name                         PBOH Number       SEG #       Room Number    Work Order    Cat    Work Order Status
DIAGNOSTIC RESOURCE GROUP         #OPART            134080      R-00077        362786        G      95 HISTORY NOT POSTED
Problem Description..: AUXILLARY AND TEMPERATURE ALARM RECEIVED AND DISABLED (EM)

Date      Emp #   Engineer Name                                      Hours
7/05/99   68697   PHILLIPS, JEFF                                      .00
7/05/99   85802   STANSBURY, KENT                                     .00

Work Order Notes
7/5 2127  PDT: JEFF SAID EARLIER CALL KENT AND HIS
MANAGER ARE HANDLING THIS WITH THE CUSTOMER.LEAVE
VHF OR KENT. (EM)
LEFT URGENT VM FOR KENT   (EM)
7/5  036 EDT KENT VHD HE GOT VMA ND HE'S HANDLING I
T (EM)
ENGR : DUPLICATE CALL (EM)
ENGR : DUPLICATE CALL (EM)
-------------------------------------------------------------
DIAGNOSTIC RESOURCE GROUP         #OPART            134080      R-00077        362840        G      95 HISTORY NOT POSTED
Problem Description..: TEMPERATURE ALARM EMERGENCY. (MD) ** DISABLE ALARM **
                       ** 09:49 GOT BOTH A AUX AND TEMPERATURE ALARM. DISABLE CALLOUT.MB

Date      Emp #   Engineer Name                                      Hours
7/06/99   85802   STANSBURY, KENT                                     .00

Work Order Notes
10:21 AUX ALARM, HELP IS NEEDED IMMEDIATELY. (MD)
DISABLE ALARM
```

Work Order Notes
ENGINEER IS CHECKING WITH MANAGEMENT TO SEE IF
THEY ARE ON CREDIT HOLD (JS) 17:02
7/7 KENT: FOUND ARCTIC CHILL NOT WORKING. COLD HEA
D STOP DUE TO HIGH TEMP. WATER LINES. SYS IS DOWN
AT THIS TIME. NO SERVICE CALL PLACE FOR ARCTIC
CHILL DUE TO CUST. ISSUE./TP

00100

```
WOR715                              Toshiba America Medical Systems, Inc.                              Page
DJONES    8/28/02                          Historical Activity Report                                    7
          13:17:00

Rollup Cost Center...: 4132
Level1 Cost Center...: 4132
Area Cost Center.....: 4132
Work Order Notes
1015 REC'D AUX. AND TEMP. WAS ABLE TO DISABLE ALAR
M./TP
CANCEL PER KENT (TG)
---------------------------------------------------------------------------------------------------
Site Name                      PBOM Number       SEG #     Room Number    Work Order  Cat  Work Order Status
DIAGNOSTIC RESOURCE GROUP     #OPART           134080  R-00077            362862       G    95 HISTORY NOT POSTED
Problem Description...: AUX. AND TEMP ALARM. WAS ABLE TO DISABLE ./TP
                        **PRIMARY a A DOWN SITE, REFER CALLS TO 2NDARY**
Work Order Notes
CANCEL AS DUPLICATE PER TERRY./TP
---------------------------------------------------------------------------------------------------
DIAGNOSTIC RESOURCE GROUP     #OPART           134080  R-00077            367702       F    30 OPEN SUSPENDED
Problem Description...: Mini TCM/TXI retrofit. **** ATTENTION ASSIST; PLEASE DEBRIEF
                        THE RMA NUMBER IN THE CLOSING COMMENTS. THANKS! ****
Date    Emp #  Engineer Name                                      Hours
7/28/99 85802  STANSBURY, KENT                                      .00
---------------------------------------------------------------------------------------------------
DIAGNOSTIC RESOURCE GROUP     #OPART           134080  R-00077            379790       I    90 HISTORY POSTED
Problem Description...: DE-INSTALLATION OF OPART (R-77).
Date    Emp #  Engineer Name                                      Hours
9/20/99 85802  STANSBURY, KENT                                      8.00
Labor   Part Out        Model Number      Serial Number    Qty        Part In   Model Number  Serial Number   Qty
Hours
 8.00
9/21/99 85802  STANSBURY, KENT                                      6.50
Labor   Part Out        Model Number      Serial Number    Qty        Part In   Model Number  Serial Number   Qty
Hours
 6.50
                 Parts Bill    +    Labor Bill    =    Total Bill          Parts List  +  Labor List  +  Travel List  =  Total List
                    .00                .00               .00                28,942.65     5,945.00        110.00         6,055.00
Work Order Notes
KENT 9/20-9/21:
PERFORM DE-INSTALL OF OPART SYSTEM
(JS) 9/29/99 (FAX)
---------------------------------------------------------------------------------------------------
Level1 Cost Center Totals.....: 4132
                 Parts Bill    +    Labor Bill    =    Total Bill          Parts List  +  Labor List  +  Travel List  =  Total List
                    .00                .00               .00                28,942.65    17,220.00        990.00        47,152.65
```

00101

```
WOR715           8/28/02                    Toshiba America Medical Systems, Inc.                              Page   8
DJONES          13:17:00                          Historical Activity Report

Final totals

    Parts Bill   +   Labor Bill   =   Total Bill           Parts List    +   Labor List    +   Travel List    =   Total List
         .00              .00               .00             28,942.65        17,220.00          990.00            47,152.65

** END OF REPORT **
```

AMS 102