**EXHIBIT 22**

1

1          IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF MARYLAND

3

4     ------------------------x

5     DIAGNOSTIC RESEARCH        x          **ORIGINAL**

6     GROUP, LLC,                x

7          Plaintiff            x     U.S. District Court

8     v.                         x     Civil No. L-02-3020

9     TOSHIBA AMERICA MEDICAL    x

10    SYSTEMS, INC.,             x          Court Case No.

11         Defendant            x     03-C-02-006016

12    ------------------------x

13

14          Deposition of KENT B. STANSBURY

15                Baltimore, Maryland

16             Thursday, March 20, 2003

17                   12:31 P.M.

18

19    Job No.:  1-14098

20    Pages:  1 - 45

21    Reported by:  Sharon D. Livingston, CSR-RPR

22



**L.A.D. REPORTING COMPANY, INC.**

1100 Connecticut Avenue, NW • Suite 1150, Washington, D.C. 20036 • 202.861.3410
Fax: 202.861.3425 • 800.292.4789 • Website: ladreporting.com • E-mail: lisa@ladreporting.com

NATIONWIDE  COURT  REPORTERS  AND  VIDEOGRAPHERS

DEPOSITION OF KENT B. STANSBURY
CONDUCTED ON THURSDAY, MARCH 20, 2003

20

1    Q    And that had been referred to as a cold

2  head; is that correct?  Is that what broke?

3    A    Actually no.  In that particular incident

4  the chiller was the item that malfunctioned, which in

5  turn, caused the magnet to quench or what we call

6  controlled ramp down.

7    Q    Now, what is the chiller?  I just want to

8  make sure I understand the technology a little bit.

9    A    Sure.  The chiller is essentially like an

10 air conditioner.  It cools a component.  In this

11 particular case it was a cold head of our magnet.

12   Q    And what is a cold head just so we

13 understand?

14   A    The cold head is the component which

15 actually brings the magnet down to superconducting

16 temperatures.

17   Q    Which is approximately?

18   A    Minus 450 degrees Fahrenheit, 4 degrees

19 Kelvin.

20   Q    So the cold head again is the device that

21 brings it down.  The cold head is run by the chiller

22 or the chiller just --

DEPOSITION OF KENT B. STANSBURY
CONDUCTED ON THURSDAY, MARCH 20, 2003

26

1    the document if it will refresh your recollection.

2        A    Sure.

3        Q    Would it help you?

4        A    Yeah.  I don't remember off the top of my

5    head when the date was that that device was

6    installed.

7        Q    I can just show you what's been marked, a

8    three-page, what's been marred as Exhibit 18 in

9    Jeffrey Low's deposition.  It's a letter dated

10   December 23, '98.

11            (Document tendered to witness.)

12       A    Okay.

13       Q    Does that refresh your recollection as to

14   what was installed?

15       A    Yes.

16       Q    And can you describe what that was?

17       A    It was a remote monitoring device that

18   monitored the chiller water temperature and also the

19   internal temperatures of the magnet itself.

20       Q    Now, the chiller was something that was

21   covered under Toshiba's warranty; is that correct?

22       A    Correct.

DEPOSITION OF KENT B. STANSBURY
CONDUCTED ON THURSDAY, MARCH 20, 2003

39

1            MR. SPERLING:  Well, then I'll ask a

2    slightly different one.

3    BY MR. SPERLING:

4        Q    The warranty is in effect with obviously

5    Toshiba would be calling --

6            If you can fix the Arctic Chiller, you

7    would do it; is that correct?

8        A    Correct.

9        Q    And you would do that under the warranty;

10   is that correct?

11       A    Correct.

12       Q    And the warranty provided by Toshiba,

13   correct?

14       A    Correct.

15       Q    If you could not, you would call Arctic

16   Chiller; is that correct?

17       A    Correct.

18       Q    And Arctic Chiller would have to come out

19   and do what it does with regard to the chiller,

20   correct?

21       A    Yes.

22       Q    And Toshiba would do what's necessary to