# EXHIBIT 25

**OPEN MRI**
**MD IMAGING, LLC**

**ASSUMPTIONS:**
- FIVE YEARS TO FINANCE
- 3.0% ANNUAL INFLATION RATE
- 250 DAYS

|  | | YEAR 1 | YEAR 2 | YEAR 3 | YEAR 4 | YEAR 5 |
|---|---|---|---|---|---|---|
| AMOUNT FINANCED | | $850,000 | | | | |
| MONTHLY RATE FACTOR | | 0.0213 | | | | |
| MONTHLY PAYMENT | | 18105.00 | | | | |
| EXAMS PER DAY | | 6 | 8 | 10 | 10 | 12 |
| EXAMS PER YEAR | | 1440 | 1920 | 2400 | 2400 | 2880 |
| AVE CHARGE PER EXAM | | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 |
| GROSS ANNUAL REVENUE | | 1008000.00 | 1344000.00 | 1680000.00 | 1680000.00 | 2016000.00 |
| professional fees | | 115200 | 153600 | 192000 | 192000 | 230400 |
| SYSTEM FINANCE CHARGE | | 217260.00 | 217260.00 | 217260.00 | 217260.00 | 217260.00 |
| SITE PREPARATION | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| MAINTENANCE | | 0.00 | 84000.00 | 84000.00 | 84000.00 | 84000.00 |
| TECHNOLOGIST SALARY | | 100000.00 | 100000.00 | 103000.00 | 106090.00 | 109272.70 |
| RENT | | 30000.00 | 30900.00 | 31827.00 | $32,781.81 | 33765.26 |
| UTILITIES | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INSURANCE | | 10000.00 | 10300.00 | 10609.00 | 11000.00 | 11300.00 |
| LICENSURE COST | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| BAD DEBT 3% | | 30240.00 | 40320.00 | 50400.00 | 50400.00 | 60480.00 |
| SUPPLIES/EXAM | | 60000.00 | 60000.00 | 60000.00 | 60000.00 | 60000.00 |
| TOTAL ANNUAL EXPENSE | | 447500.00 | 542780.00 | 557096.00 | 561531.81 | 576077.96 |
| NET REVENUE (Before Taxes) | | 560500.00 | 801220.00 | 1122904.00 | 1118468.19 | 1439922.04 |
| BREAKEVEN PT VOL/YR | | 639.29 | 775.40 | 795.85 | 802.19 | 822.97 |
| BREAKEVEN PT VOL/DAY (BEFORE TAXES) | | 2.66 | 3.23 | 3.32 | 3.34 | 3.43 |