Case 1:02-cv-03020-RDB     Document 46-2     Filed 08/06/2003     Page 1 of 5

1

```
 1            IN THE UNITED STATES DISTRICT COURT
 2               FOR THE DISTRICT OF MARYLAND
 3
 4                              x
 5   DIAGNOSTIC RESEARCH         x      ORIGINAL
 6   GROUP, LLC,                 x
 7       Plaintiff               x      U.S. District Court
 8   v.                          x      Civil No. L-02-3020
 9   TOSHIBA AMERICA MEDICAL     x
10   SYSTEMS, INC.,              x      Court Case No.
11       Defendant               x      03-C-02-006016
12                               x
13
14            Deposition of KENT B. STANSBURY
15                   Baltimore, Maryland
16                Thursday, March 20, 2003
17                       12:31 P.M.
18
19   Job No.:   1-14098
20   Pages:   1 - 45
21   Reported by:  Sharon D. Livingston, CSR-RPR
22
```



**LA.D. REPORTING COMPANY, INC.**

1100 Connecticut Avenue, NW ▲ Suite 1150, Washington, D.C. 20036 • 202.861.3410
Fax: 202.861.3425 • 800.292.4789 • Website: ladreporting.com • E-mail: Lisa@tadreporting.com.

NATIONWIDE C O U R T REPORTERS AND V I D E O G R A P H E R S

DEPOSITION OF KENT B. STANSBURY
CONDUCTED ON THURSDAY, MARCH 20, 2003

22

1    •    Until it has to be brought back up to speed; (is that correct?
3         MR. SCHUMM: I'll object to the form.
4    BY MR. SPERLING:
     •    Why don't you tell me what has to be done
6    to get the magnet back.
          A    Sure.  After a quench we need to monitor the temperatures on the magnet, within the magnet, to
9    make sure they're at superconducting temperatures.
10   And then once that's occurred, then we can restore
11   the current into the magnetic windings inside the
12   magnet.  We have to bring in a power supply and what
13   we refer to as a ramp supply.
14        Q    And what's that ramp supply?
15             It's a power supply, and it allows us to
16   we physically hook it into the magnet, and it allows
17   us to put current into the windings, to the
18   superconducting windings of the magnet.
19        •    Now, doesn't the magnet always have current
20   running through it?
21             Yes, it does.
22             So what'  the difference between that

DEPOSITION OF KENT B. STANSBURY
CONDUCTED ON THURSDAY, MARCH 20, 2003

26

1    the document if it will refresh your recollection.
2        A    Sure.
3        •    Would it help you?
4        A    Yeah.  I don't remember off the top of my
5    head when the date was that that device was
6    installed.
7        •    I can just show you what's been marked, a
8    three-page, what's been marred as Exhibit 18 in
9    Jeffrey Low's deposition. It's a letter dated
10   December 23, '98.
11           (Document tendered to witness.)
12       A    Okay.
13       •    Does that refresh your recollection as to
14   what was installed?
15       A    Yes.
16       •    And can you describe what that was?
17       A    It was a remote monitoring device that
18   monitored the chiller water temperature and also the
19   internal temperatures of the magnet itself.
20       •    Now, the chiller was something that was
21   covered under Toshiba's warranty; is that correct?
22       A    Correct.

DEPOSITION OF KENT B. STANSBURY
CONDUCTED ON THURSDAY, MARCH 20, 2003

38

1    •    Okay. But you don't have any records with
2  regard to the chiller that was installed in this
3  particular piece of equipment; is that correct, sir?
4        A    Any records as far as what?
5    •    Warranties or anything like that with
6  regard to this particular piece of equipment.
7        No, .I do not.
8        Q    And Toshiba would take the responsibility
9  for getting the magnet back up to speed? Obviously
10 Toshiba would call Arctic Chiller, have Arctic
11 Chiller do the repair if you could not do it
12 yourself, correct?
13       A    Yes.
14   •    And then Toshiba would come out and finish
15 the job on the magnet; is that correct?
16       Yes.
17       Q    In other words, Toshiba does not take the
18 position that just because the Arctic Chiller failure
19 caused the problem, that the warranty- is. not in
20 effect; is that correct?
21       A    Yes, that's correct.
22            MR. SCHUMM. I object to the question.