214

1               IN THE UNITED STATES DISTRICT COURT

2                   FOR THE DISTRICT OF MARYLAND

3

4                                    x

5    DIAGNOSTIC RESEARCH

6    GROUP, LLC,                     X

7              Plaintiff             X      U.S. District Court

8    V.                                     Civil No. L-02-3020

9    TOSHIBA AMERICA MEDICAL         X

10   SYSTEMS, INC.,                  x      Court Case No.

11             Defendant             x      03-C-02-006016

12                                   x

13

14                  Deposition of JEFFREY LOW-Volume 3

15                       Baltimore, Maryland

16                     Tuesday, March 25, 2003

17                           2:30 P.M.

18

19

20   Job No. 14489

21   Pages 214-300

22   Reported by:  Janet A. Brown, R.P.R.



L.A.D. REPORTING COMPANY, INC.

1100 Connecticut Avenue, NW • Suite 1150, Washington, D.C. 20036 • 202.861.3410
Fax: 202.861.3425 • 800.292.4789 • Website: ladreporting.com • E-mail: Lisa@ladreporting.com

**NATIONWIDE COURT REPORTERS AND VIDEOGRAPHERS**

DEPOSITION OF JEFFREY LOW-VOLUME 5
CONDUCTED ON TUESDAY, MARCH 25, 2003

223

1   A.   Yes.  I mean, I know that now.
2   Q.   And you're -- claim you didn't know that then?
3   A.   I'm claiming I don't recall if I knew that then. I
4   don't recall seeing any-, anything, really, with Tokai
5   Financial Services compared to in the beginning with Toshiba
6   American Medical Credit.
7   Q.   And all the documents have been lost, haven't they?
8   A.   Yes.
9   Q.   Are there any other reasons that, that you can
10  think of that support your allegations in claims made in
11  Count Two and in Paragraphs 21, 22 and 23?
12  A.   I think that I didn't understand if the claim made
13  by Toshiba American Medical Systems -- that the warranty had
14  expired on April 9th -- why nobody in the company was ever,
15  you know, alerted to the fact that a, we were going -- that
16  the warranty was expiring on April 9th, and after April 9th
17  Toshiba American Medical Systems service department continued
18  to service the scanner, you know, without charge and without
19  presenting at all ever with a, with a service, with a service
20  package, knowing full well that there a lot of third-party
21  service vendors out there, I'm sure, that, you know, that
22  would like to get the business. And it was never mentioned,

224

1  so I had a tough time understanding that.
2       Well, why didn't you go hire one of those
3  third-party service vendors to fix the machine immediately
4  after July 5th?
5       A.   I thought it was the responsibility of Toshiba
6  American Medical Systems to fix it and to pay for it.
7       Q.   Any other reasons why you didn't go out and hire a
8  third party service vendor to repair the machine immediately
9  after July 5th, 1999?
10      A.   Mm, the facility didn't have money to go buy a new
11 chiller at this time for a, for $40,000.
12      Q.   Well, isn't it true you represented that you were
13 actually going to buy a new machine, anyway, and you asked
14 that the machine be taken out of the premises?
15      A.   A, I think I represented that that was a thought.
16 I, I think at that time, July 5th, the time it took was
17 probably ceased at the time it would take to put in another
18 scanner and takeanother three or four months to do so and
19 have the current scanner removed.
20           Relationship had already been quite tarnished
21 because of the lack of reliability of the scanner. I think
22 it was probably a decision made in the months following July