```
                                                              105

 1            IN THE UNITED STATES DISTRICT COURT

 2               FOR THE DISTRICT OF MARYLAND


 4                              x

 5   DIAGNOSTIC RESEARCH         x

 6   GROUP, LLC,                 x

 7        Plaintiff              x    U.S. District Court

 8   v.                          x    Civil No. L-02-3020

 9   TOSHIBA AMERICAN MEDICAL

10   SYSTEMS, INC.,                   Court Case No.

11        Defendant                   03-C-02-006016

12,                              x

13

14          Deposition of KIMBERLY STEHMAN, VOLUME 2

15                    Baltimore, Maryland

16                 Thursday, March 20, 2003

17                       1:40 P.M.

18

19   Job No.: 1-14113

20   Pages:   105 - 174

21   Reported by:  Sharon D. Livingston, CSR-RPR

22
```

**LA.D. REPORTING COMPANY, INC.**

1100 Connecticut Avenue, NW • Suite 1150, Washington, D.C. 20036 • 202.861.3410
Fax: 202.861.3425 • 800.292.4789 • Website: Ladreporting.com • E-mail: Lisa@ladreporting.com

**NATIONWIDE COURT REPORTERS AND VIDEOGRAPHERS**

DEPOSITION OF KIMBERLY STEHMAN, VOLUME 2
CONDUCTED ON THURSDAY, MARCH 20, 2003

118

1   •   Did you have any discussion with Mr. Low
2  about what was going to happen to records at
3  Diagnostic Resource Group when it closed?
4      A   Nothing that I recall specifically, no,
5  sir.
6   •   And where would medical and medical
7  reimbursement and patient records have been kept for
8  Diagnostic Resource Group?
9      A   At Diagnostic Resource Group on Bel Air
10 Road.
11  •   And what would have happened to those
12 records that are referred to in number 9?
13     A   I think I had said before we got locked out
14 of that office because of the landlord. Other than
15 that, I have no idea what would have happened to
16 them.
17  •   And what did you do to preserve those
18 records after you state that you had been locked out
19 of the office?
20     A   I personally did nothing.
21  •   And do you know if Mr. Low did anything?
22     A   I'm sorry. I couldn't hear you.

163

1 • And are they attached to the machine
2 itself?
3    A   The coils literally plug into a part of the
4 machine so that they can be connected to run.
5 • You were asked some questions about --
6    A   Hold on one second. Hold on.
7        (Interruption in proceedings.)
8    A   Okay. Go ahead. I apologize.
9 • You were asked some questions today about
10 Jeffrey Low and Dr. Templeton having conversations.
11 You said they had one or two at the center that you
12 saw; is that correct?
13    A   Correct.
14 • Do you know whether or not they had other
15 conversations to which you were not -- at which you
16 were not present?
17    A   I would guarantee they probably did.
18 • Okay. But you didn't hear any of them?
19    A   No, sir.
20 • Okay. You mentioned that the landlord
21 changed the locks.
22    A   Correct.

DEPOSITION OF KIMBERLY STEHMAN, VOLUME 2
CONDUCTED ON THURSDAY, MARCH 20, 2003

164

1    Q    Did the landlord let you take out the
2  materials that were inside first?
3    A    o   sir.
4    Q    I'm sorry.  Say it louder.
5    A    No.
6    Q    Do you own any interest in Diagnostic
7  Resource Group, LLC?
8    A    No, sir.
9    Q    There's a list that's listed as Stehman 8
10 that we talked about.
11         Was it dictated to you, or did you work up
12 the list with somebody else or yourself?
13   A    No, I didn't make up the list myself.
14 Based on problems that I had said, Mr. Low said, go
15 ahead, take this stuff up, and let's get it to them.
16 Sam, my other phone is ringing.  Hold on one second.
17         (Interruption in proceedings.)
18   A    I'm sorry.  Go ahead.
19         Now, you mentioned that DRG did not want
20 the generator, and I think it was a little bit
21 confusing.
22         Why was the generator put in there?