**EXHIBIT Q**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DIAGNOSTIC RESOURCE GROUP, LLC  *<br>Plaintiff | **U.S. District Court Civ. No. L-02-3020**<br>Removed from Baltimore County Circuit<br>Court Case No.: 03-C-02-006016 |
| v.                                            * | |
| TOSHIBA AMERICA MEDICAL          *<br>SYSTEMS, INC.<br>      Defendant                    * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*

### AFFIDAVIT of LAWRENCE SIGNORELLI
### RE SUMMARY OF RECORDS

1. My name is Lawrence W. Signorelli. I am a Certified Public Accountant and maintain an office with Mihaly · McPherson · Signorelli LLC providing corporate financial advice and accounting and accounting analysis services for clients. My office address where I can be served is 1414 Key Highway, Suite C, Baltimore, MD 21230. I am over the age of 18 and competent to testify.

2. I prepared the attached summary. The summary is a day-by-day compilation starting on April 1, 1998 of the patient records produced by the Plaintiff DRG. It shows the number of patients scanned based on the records produced by DRG. Plaintiff DRG did not produce any patient records for the periods after early November, 1998. Also shown are the days when a representative of Toshiba America Medical Systems, Inc., based on Toshiba's records produced to Plaintiff DRG, was present or performed some type of maintenance or service.

I declare under penalty of perjury under the laws of the United States that the above is true and correct on my personal knowledge and I under stand that intentionally false statements are punishable by fine or imprisonment.

Date  8/18/03

_____
Lawrence W. Signorelli