EXHIBIT R

# Apr-98

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|  |  |  | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16<br>1 Patient | 17 | 18 |
| 19 | 20 | 21<br>2 Patients | 22 | 23<br>1 Patient | 24<br>3 Patients | 25 |
| 26 | 27 | 28 | 29<br>1 Patient | 30<br>2 Patients |  |  |

| Color | Legend | | |
|---|---|---|---|
| 🟥 | System Down - No patients seen | Business Days | 11 |
| 🟨 | System Serviced - Patients seen | Days Patients Seen | 6 |
| 🟩 | Toshiba Onsite - No Service performed | *Total patients seen* | |
| 🟩 | System Operational | *during the month* | *10.00* |

## May-98

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 31 | | | | | 1<br>2 Patients | 2 |
| 3 | 4 | 5 | 6 | 7<br>1 Patient | 8 | 9 |
| 10 | 11 | 12<br>1 Patient | 13<br>2 Patients | 14<br>4 Patients | 15<br>2 Patients | 16 |
| 17 | 18 | 19<br>4 Patients | 20<br>2 Patients | 21<br>2 Patients | 22<br>2 Patients | 23 |
| 24 | 25<br>Holiday | 26<br>2 Patients | 27<br>1 Patient | 28<br>2 Patients | 29<br>1 Patient | 30 |

| Legend | | |
|---|---|---|
| ■ (Red) | System Down - No patients seen | |
| ■ (Yellow) | System Serviced - Patients seen | |
| ■ (Dark Green) | Toshiba Onsite - No Service performed | |
| ■ (Green) | System Operational | |

| | |
|---|---|
| Business Days | 20 |
| Days Patients Seen | 15 |
| *Total patients seen* | |
| *during the month* | *29.00* |

T.A.M.S. - Summary of Patient Visits v1.51
Worksheet - Down Time - Calendar

8/18/2003  10:30 AM

# Jun-98

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | **1**<br>1 Patient | **2**<br>2 Patients | **3** | **4**<br>1 Patient | **5**<br>2 Patients | **6** |
| **7** | **8**<br>1 Patient | **9**<br>2 Patients | **10**<br>2 Patients | **11** | **12**<br>2 Patients | **13** |
| **14** | **15**<br>1 Patient | **16**<br>1 Patient | **17**<br>2 Patients | **18**<br>3 Patients | **19**<br>2 Patients | **20** |
| **21** | **22**<br>1 Patient | **23**<br>1 Patient | **24**<br>2 Patients | **25**<br>1 Patient | **26**<br>1 Patient | **27** |
| **28** | **29**<br>3 Patients | **30**<br>1 Patient | | | | |

| Legend | | Summary | |
|---|---|---|---|
| 🟥 | System Down - No patients seen | Business Days | 22 |
| 🟨 | System Serviced - Patients seen | Days Patients Seen | 20 |
| 🟩 (dark) | Toshiba Onsite - No Service performed | *Total patients seen* | |
| 🟩 (light) | System Operational | *during the month* | *32.00* |

## Jul-98

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | **1**<br>3 Patients | **2**<br>1 Patient | **3**<br>Holiday | **4** |
| **5** | **6**<br>1 Patient | **7**<br>3 Patients | **8**<br>2 Patients | **9**<br>2 Patients | **10**<br>5 Patients | **11** |
| **12** | **13**<br>3 Patients | **14**<br>2 Patients | **15**<br>1 Patient | **16**<br>3 Patients | **17** | **18** |
| **19** | **20** | **21** | **22** | **23** | **24** | **25** |
| **26** | **27**<br>2 Patients | **28**<br>3 Patients | **29**<br>4 Patients | **30**<br>1 Patient | **31**<br>4 Patients | |

| | |
|---|---|
| 🟥 System Down - No patients seen | |
| 🟨 System Serviced - Patients seen | |
| 🟩 Toshiba Onsite - No Service performed | |
| 🟩 System Operational | |

| | |
|---|---|
| Business Days | 22 |
| Days Patients Seen | 16 |
| *Total patients seen* | |
| *during the month* | *40.00* |

# Aug-98

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 30 | 31 | 1 | 2 | 3 | 4 | 1 |
| | | | | | | |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| | 2 Patients | 1 Patient | 1 Patient | 2 Patients | 2 Patients | |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| | 1 Patient | | | 6 Patients | | |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| | 4 Patients | 1 Patient | | | | |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| | | | 2 Patients | | | |

| | | | |
|---|---|---|---|
| 🟥 System Down - No patients seen | | Business Days | 21 |
| 🟨 System Serviced - Patients seen | | Days Patients Seen | 11 |
| 🟩 Toshiba Onsite - No Service performed | | *Total patients seen* | |
| 🟩 System Operational | | *during the month* | *28.00* |

T.A.M.S. - Summary of Patient Visits v1.51
Worksheet - Down Time - Calendar

8/18/2003  10:30 AM

# Sep-98

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| | | | | | 2 Patients | |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| | Holiday | | 1 Patient | 2 Patients | 2 Patients | |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| | 3 Patients | | 1 Patient | | 1 Patient | |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| | 4 Patients | 7 Patients | 2 Patients | | | |
| 27 | 28 | 29 | 30 | | | |
| | 2 Patients | 2 Patients | 1 Patient | | | |

| | | |
|---|---|---|
| ■ (red) | System Down - No patients seen | Business Days | 21 |
| ■ (yellow) | System Serviced - Patients seen | Days Patients Seen | 13 |
| ■ (dark green) | Toshiba Onsite - No Service performed | *Total patients seen* | |
| ■ (green) | System Operational | *during the month* | *30.00* |

## Oct-98

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1<br>4 Patients | 2<br>2 Patients | 3 |
| 4 | 5<br>3 Patients | 6<br>2 Patients | 7<br>2 Patients | 8 | 9<br>4 Patients | 10 |
| 11 | 12<br>2 Patients | 13 | 14<br>3 Patients | 15<br>4 Patients | 16<br>2 Patients | 17 |
| 18 | 19 | 20 | 21<br>2 Patients | 22<br>2 Patients | 23<br>1 Patient | 24 |
| 25 | 26<br>3 Patients | 27<br>1 Patient | 28 | 29<br>2 Patients | 30<br>2 Patients | 31 |

| | | |
|---|---|---|
| 🟥 | System Down - No patients seen | |
| 🟨 | System Serviced - Patients seen | |
| 🟩 | Toshiba Onsite - No Service performed | |
| 🟩 | System Operational | |

| | |
|---|---|
| Business Days | 22 |
| Days Patients Seen | 17 |
| *Total patients seen* | |
| *during the month* | *41.00* |



# Nov-98

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2<br>1 Patient | 3 | 4<br>5 Patients | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25<br>1 Patient | 26<br>Holiday | 27 | 28 |
| 29 | 30 | | | | | |

| | |
|---|---|
| 🟥 System Down - No patients seen | Business Days 20 |
| 🟨 System Serviced - Patients seen | Days Patients Seen 3 |
| 🟩 Toshiba Onsite - No Service performed | *Total patients seen* |
| 🟩 System Operational | *during the month* *7.00* |

T.A.M.S. - Summary of Patient Visits v1.51
Worksheet - Down Time - Calendar

8/18/2003  10:30 AM



**Dec-98**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 Holiday | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

System Down - No patients seen
System Serviced - Patients seen
Toshiba Onsite - No Service performed
System Operational

**Note -** The Plantiff DRG only provided patient vist information through early November of 1998.  Highlighted items indicate that the system was serviced.  Patients may have been seen on days service was provided.

T.A.M.S. - Summary of Patient Visits v1.51
Worksheet - Down Time - Calendar

8/18/2003  10:30 AM



# Jan-99

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 31 | | | | | 1 Holiday | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 Holiday | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

System Down - No patients seen
System Serviced - Patients seen
Toshiba Onsite - No Service performed
System Operational

**Note -** The Plantiff DRG only provided patient vist information through early November of 1998.  Highlighted items indicate that the system was serviced.  Patients may have been seen on days service was provided.

T.A.M.S. - Summary of Patient Visits v1.51



**Feb-99**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|  | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 Holiday | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 |  |  |  |  |  |  |

System Down - No patients seen
System Serviced - Patients seen
Toshiba Onsite - No Service performed
System Operational

**Note -** The Plantiff DRG only provided patient vist information through early November of 1998.  Highlighted items indicate that the system was serviced.  Patients may have been seen on days service was provided.

T.A.M.S. - Summary of Patient Visits v1.51



## Mar-99

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

- 🟥 System Down - No patients seen
- 🟨 System Serviced - Patients seen
- 🟩 Toshiba Onsite - No Service performed
- 🟩 System Operational

**Note -** The Plantiff DRG only provided patient vist information through early November of 1998.  Highlighted items indicate that the system was serviced.  Patients may have been seen on days service was provided.

T.A.M.S. - Summary of Patient Visits v1.51



**Apr-99**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | |

System Down - No patients seen
System Serviced - Patients seen
Toshiba Onsite - No Service performed
System Operational

**Note -** The Plantiff DRG only provided patient vist information through early November of 1998. Highlighted items indicate that the system was serviced. Patients may have been seen on days service was provided.

T.A.M.S. - Summary of Patient Visits v1.51



## May-99

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 30 | 31<br>Holiday | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |

System Down - No patients seen
System Serviced - Patients seen
Toshiba Onsite - No Service performed
System Operational

**Note -** The Plantiff DRG only provided patient vist information through early November of 1998. Highlighted items indicate that the system was serviced. Patients may have been seen on days service was provided.

T.A.M.S. - Summary of Patient Visits v1.51
Worksheet - Down Time - Calendar

8/18/2003  10:30 AM



## Jun-99

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|  |  | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 |  |  |  |

■ System Down - No patients seen
■ System Serviced - Patients seen
■ Toshiba Onsite - No Service performed
■ System Operational

**Note -** The Plantiff DRG only provided patient vist information through early November of 1998. Highlighted items indicate that the system was serviced. Patients may have been seen on days service was provided.

T.A.M.S. - Summary of Patient Visits v1.51
Worksheet - Down Time - Calendar

8/18/2003  10:30 AM



## Jul-99

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 Holiday | 6 | 7 | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

<span style="color:red">■</span> System Down - No patients seen
<span style="color:yellow">■</span> System Serviced - Patients seen
<span style="color:green">■</span> Toshiba Onsite - No Service performed
<span style="color:lime">■</span> System Operational

**Note -** The Plantiff DRG only provided patient vist information through early November of 1998.  Highlighted items indicate that the system was serviced.  Patients may have been seen on days service was provided.

T.A.M.S. - Summary of Patient Visits v1.51
Worksheet - Down Time - Calendar

8/18/2003  10:30 AM