**EXHIBIT S**

# TOSHIBA

**TOSHIBA AMERICA MEDICAL SYSTEMS, INC.**
486 Thomas Jones Way, Suite 120
Exton, PA 19341
Phone: (800) 543-1817
Facsimile: (610) 280-9707

June 14, 1999

Mr. Jeffrey Low
Diagnostic Resource Group
1777 Reisterstown Rd.
Pikesville, MD 21208

Dear Mr. Low:

This letter is intended to address the warranty issues on your Toshiba OPART MRI system and also on the XPEED CT Scanner.

Our records indicate that the installation of the OPART system was completed on 4/10/98, which means that the warranty expired on 4/09/99. The XPEED CT installation was completed on 3/11/98, with the warranty expiring on 3/10/99.

Your options at this point are to either enter into a service agreement, or pay time and materials rates for service. Our current rates are $202/hr for regular time, $303/hr for overtime and $404/hr for premium time. Additionally, there will be a travel charge of $110 for each call.

Traditional (M-F, 8:30am - 5:00PM) service contracts are available for each system. For the OPART, the annual contract cost is $85,000.00. The XPEED is $37,500.00.

Please contact me at your earliest convenience to discuss the service options.

Sincerely,

John B. Hutton
Area Services Manager

000199