# EXHIBIT T

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DIAGNOSTIC RESOURCE GROUP, LLC<br>Plaintiff | U.S. District Court Civ. No. RDB -02-3020<br>Removed from Baltimore County Circuit Court<br>Case No.: 03-C-02-006016 |
| * | |
| TOSHIBA AMERICA MEDICAL SYSTEMS, INC.<br>Defendant | * |

\* \* \* \* \* \* \* \* \*

### AFFIDAVIT of Kevin Abbott
### RE EMPLOYEES AND CERTAIN OTHER MATTERS

1. My name is Kevin Abbott. I am employed by Toshiba American Medical Systems, Inc. My office address where I can be served is 2441 Michelle Drive, Tustin, California. I am over the age of 18 and competent to testify.

2. Toshiba America Medical Credit was an authorized trading name for Tokai Financial Services, Inc. Tokai Financial Services, Inc. later transferred its finance leasing business to a Netherlands company, De Lage Landen. Tokai and De Lage Landen are separate companies and neither of those companies is affiliated with Toshiba America Medical Systems, Inc.

I declare under penalty of perjury under the laws of the United States that the above is true and correct on my personal knowledge and I under stand that intentionally false statements are punishable by fine or imprisonment.

Date 8/18/03

_____
KEVIN ABBOTT