**EXHIBIT U**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DIAGNOSTIC RESOURCE GROUP, LLC | * | U.S. District Court Civ. No. RDB-02-3020 |
| Plaintiff | * | Removed from Baltimore County Circuit Court Case No.: 03-C-02-006016 |
| | * | |
| TOSHIBA AMERICA MEDICAL SYSTEMS, INC. | * | |
| Defendant | * | |

* * * * * * * * *

### AFFIDAVIT of Lynda M. Morvik
### RE EMPLOYEES AND CERTAIN OTHER MATTERS

1. My name is Lynda M. Morvik. I am employed by Toshiba American Medical Systems, Inc. My office address where I can be served is 2441 Michelle Drive, Tustin, California. I am over the age of 18 and competent to testify.

2. I have examined the employment records of TAMS. At no time were Gary Hall or Lisa Sparta ever employed by TAMS, nor were they engaged as agents or contractors for TAMS.

I declare under penalty of perjury under the laws of the United States that the above is true and correct on my personal knowledge and I understand that intentionally false statements are punishable by fine or imprisonment.

Date 8/18/03

_____
Lynda M. Morvik