**EXHIBIT V**

# KRESHTOOL & KRESHTOOL

ATTORNEYS AT LAW

902 LIGHT STREET

BALTIMORE, MARYLAND 21230-4016

(410) 752-4957

FAX (410) 685-4269

OCEAN CITY OFFICE
SUITE 306
9400 COASTAL HIGHWAY
OCEAN CITY, MARYLAND 21842
(410) 524-5946

ALL REPLIES TO BALTIMORE
ADDRESS
UNLESS OTHERWISE NOTED

ALAN KRESHTOOL
JEFFREY H. KRESHTOOL

July 8, 1999

**Via Certified Mail**
Mr. Robert McAveney
Toshiba American Medical Systems, Inc.
200 Business Park Drive, Suite 105
Armonk, New York 10504

Re:   Diagnostic Resource Group, LLC

Dear Mr. McAveney:

Diagnostic Resource Group, LLC has retained this office to contact you regarding a dispute as to the expiration of the warranty on the Toshiba OPART located at 8817 Belair Road, Perry Hall, Maryland.

Our understanding is that the warranty period began the date the delivery and acceptance certificate was signed in November, 1998. The warranty period would therefor end in November, 1999.

On July 5, 1999 Diagnostic Resource Group, LLC was informed that the warranty period had expired in March, 1999 and that Toshiba American Medical Systems would not repair the OPART under the terms of the warranty. Diagnostic Resource Group, LLC was never previously notified that the warranty period expired in March and service was performed under the warranty as late as June, 1999.

As a result in the delay in service Diagnostic Resource Group, LLC has suffered lost profits and other expenses. We hope that this situation can be resolved as expediently as possible to avoid any further losses.

000218

Mr. Robert McAveney
Toshiba American Medical Systems, Inc.
July 8, 1999
Page 2

Please contact me as soon as possible so we can remedy this situation.

Very truly yours,

Jeffrey H. Kreshtool

cc: Jeffrey Low
Dr. Phillip A. Templeton
Toshiba American Credit

000219

F:\Low120\McAveney.1.wpd