**EXHIBIT X**

# KRESHTOOL & KRESHTOOL

ATTORNEYS AT LAW

902 LIGHT STREET

BALTIMORE, MARYLAND 21230-4018

(410) 752-4957

FAX (410) 685-4269

OCEAN CITY OFFICE
SUITE 305
9400 COASTAL HIGHWAY
EAN CITY, MARYLAND 21842
(410) 524-5946

ALL REPLIES TO BALTIMORE
ADDRESS
UNLESS OTHERWISE NOTED

ALAN KRESHTOOL
JEFFREY H. KRESHTOOL

November 12, 1999

**_Via Facsimile (714)730-1310_**

Mr. Nader Rad
Toshiba America Medical Systems, Inc.
2441 Michelle Drive, P.O. Box 2068
Tustin, California 92781-2068

       Re:  Diagnostic Resource Group

Dear Mr. Rad:

  Diagnostic Resource Group intends to have a different manufacturer's MRI installed in their office after the Toshiba OPART is removed. Please contact me about the possibility of coordinating the removal with the installation of the new MRI.

  If you have any questions please feel free to contact me.

            Very truly yours,

            Jeffrey H. Kreshtool

000223
000223