UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DIAGNOSTIC RESOURCE GROUP, LLC | * | U.S. District Court Civ. No. RDB-02-3020 |
| Plaintiff | | Removed from Baltimore County Circuit Court Case No.: 03-C-02-006016 |
| v. | * | |
| TOSHIBA AMERICA MEDICAL SYSTEMS, INC. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \*

NOTICE OF LENGTHY PLEADING AND LINE FILING EXHIBIT W and Y

1. Exhibits W and Y are documents produced by Plaintiff with a number of marks that interfere with imaging as it is digitally lengthy. They must be filed as a hard copy.

/s/_____
Brooke Schumm III, Esquire
Fed. Bar No.05001
Daneker, McIntire, Schumm, Prince,
 Goldstein, Manning & Widmann, P.C.
One North Charles Street, Suite 2450
Baltimore, MD 21201

<b><u>CERTIFICATE OF SERVICE</u></b>

I HEREBY CERTIFY that on this 19th day of August, 2003, a copy of the foregoing was electronically served on Samuel Sperling, Law Office of Leonard J. Sperling, 1777 Reisterstown Road, Commercentre West, Suite 212, Baltimore, MD 21208, and a hard copy with Exhibit W on it sent by first class mail.

_/s/_____
Brooke Schumm III