**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| DIAGNOSTIC RESOURCE GROUP, L.L.C. | * | |
| PLAINTIFF | * | Case No.: 02-CV-3020-RDB |
| VS. | * | (removed from Baltimore County Circuit Court |
| TOSHIBA AMERICA MEDICAL SYSTEMS, INC. | * | Case #03-C-02-006016) |
| | * | |
| DEFENDANT | * | |

**CERTIFICATION OF SERVICE**

_____ This is to certify as follows:

That copies of all documents filed in paper will be served upon the office of counsel for Defendant within 24 hours of electronic submission;

That electronically filed documents will be served upon counsel for Defendant by the following means:

1. Electronic Filing;

2. E-Mail Attachments. (Bschumm@danmclaw.com).

Counsel for Defendant is Brooke Schumm, III, Esquire, Daneker, McIntire, Schumm, Prince Goldstein, Manning & Widmann, P.C., One North Charles Street, Suite 2450, Baltimore, Maryland 21201.

Signed,

Samuel Sperling

ss24135