# EXHIBIT 25A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

**DIAGNOSTIC RESOURCE GROUP, L.L.C.**

    **Plaintiff**

**vs.**

**TOSHIBA AMERICA**                    Case No.:L-02-CV-3020
**MEDICAL SYSTEMS, INC.**
    **Defendant**

---

## NOTICE OF DEPOSITION

    Now comes Plaintiff, and provides notice that pursuant to applicable Federal Rules of Procedure, it shall take the deposition of the Defendant, as to the following issues:

1. All matters raised in Defendant's responses to Discovery.

2. All facts related to all contracts entered into between Plaintiff, or any of its subsidiaries or commonly held or controlled companies, and the Defendant or De Toshiba America Medical Credit or De Lage Landen Financial Services, Inc.

3. All facts related to the alleged transactions that form the basis for this action.

4. All facts related to the contract for the provision of a OPART scanner by Defendant to Plaintiff and the facts relating to that sale and transaction, and any warranty attendant to same.

5. All facts relating to Defendant's position relating to damages allegedly sustained by the Plaintiff in this matter.

6. All facts relating to each and every allegation in the Complaint and Defenant's position with regard to same.

7. Plaintiff recommends that the deposition take place on March 13, 2003, at 10:00 AM, at the office of counsel for Plaintiff.

Signed,

_____
Samuel Sperling
Federal Bar #024135
1777 Reisterstown Road, Suite 212 West
Baltimore, Maryland, 21208
410-653-0141