**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**CHAMBERS OF**
**RICHARD D. BENNETT**
**UNITED STATES DISTRICT JUDGE**

<table>
<tr><td><u>Northern Division</u><br>320 U.S. Courthouse<br>101 W. Lombard Street<br>Baltimore, MD  21201<br>Tel 410-962-3190<br>Fax 410-962-3177</td><td><u>Southern Division</u><br>200 U.S. Courthouse<br>6500 Cherrywood Lane<br>Greenbelt, MD  20770<br>Tel 301-344-0052<br>Fax 410-344-3888</td></tr>
</table>

September 10, 2003

TO COUNSEL OF RECORD

    Re:       *Diagnostic Resource Group, L.L.C. v. Toshiba*
             *America Medical Systems, Inc.*
         <u>Civil No.: RDB-02-3020</u>

Dear Counsel:

    On September 10, 2003 the Court held a telephone conference. During the conference the following schedule was established:

(a)  on Wednesday, November 5, 2003, discovery shall close and the parties shall submit a status report;

(b)  on Wednesday, November 12, 2003, the parties shall serve Requests for Admissions;

(c)  on Monday, December 15, 2003, the parties shall file any pre-trial dispositive motions;

(d)  on Thursday, January 15, 2004 at 9:30 a.m., the Court shall hold a hearing on any motions filed and a *Daubert* hearing; and

(e)  on Thursday, May 6, 2004, the Court shall commence a five-day jury trial.

    Despite the informal nature of this memorandum, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

                Sincerely,

                /s/

                Richard D. Bennett
                United States District Judge

RDB/tkk
cc: Addressees

Court File - Original