UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF** | **101 WEST LOMBARD STREET** |
| **SUSAN K. GAUVEY** | **BALTIMORE, MARYLAND 21201** |
| **U.S. MAGISTRATE JUDGE** | **MDD_skgchambers@mdd.uscourts.gov** |
| | **(410) 962-4953** |
| | **(410) 962-2985 - Fax** |

October 15, 2003

Samuel Sperling, Esq.
Sperling and Framm
Commercentre West
1777 Reisterstown Road, Suite 212
Baltimore, MD 21208

Brooke Schumm, III, Esq.
Daneker, McIntire, Schumm, Prince,
 Goldstein, Manning & Widmann
One North Charles Street, Suite 2450
Baltimore, MD 21201-4020

    Re:  Diagnostic Resource Group, LLC v. Toshiba America Medical
         Systems, Inc., Civil No. RDB-02-3020

Dear Counsel:

    This will confirm that the settlement conference in the above case is hereby rescheduled to Wednesday, November 5, 2003, at 9:00 a.m.

    I look forward to meeting with you then.

                                      Sincerely yours,

                                      /s/

                                      Susan K. Gauvey
                                      United States Magistrate Judge