UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DIAGNOSTIC RESOURCE GROUP, LLC | * | |
| Plaintiff | * | |
| v. | * | Case No.: RDB-02-CV-3020 |
| TOSHIBA AMERICA MEDICAL SYSTEMS, INC. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \*

**ORDER GRANTING
DEFENDANT'S MOTION FOR PROTECTIVE ORDER**

Upon the Motion of Defendant, Toshiba America Medical Systems, Inc. for Protective Order, proper notice having been given, the Court finding that a deposition of TAMS had been taken in March, 2003 pursuant to a comprehensive Notice of Deposition, and Plaintiff having noticed a new and second deposition of TAMS for November 3, 2003 without leave of Court and without complying with the Discovery Guidelines, it is this ___ day of November, 2003 hereby ORDERED:

The Motion for Protective Order against the Notice of Deposition is granted.

_____
UNITED STATES DISTRICT JUDGE

Cc:
Brooke Schumm III, Esquire
Fed. Bar No.05001
Daneker, McIntire, Schumm, Prince, Goldstein, Manning & Widmann, P.C.
One North Charles Street
Suite 2450

Baltimore, MD 21201

Samuel Sperling
Law Office of Leonard J. Sperling
1777 Reisterstown Road
Commercentre West, Suite 212
Baltimore, MD 21208